# Exhibit

1 - Affidavit of Corey Lea

# AFFIDAVIT
# OF
# COREY LEA

I, Corey Lea, under the penalty of perjury, attest that all the documents for exhibits are true and correct. In addition, all the undisputed facts are within my knowledge and believe to be true and correct. I further attest to the following facts.

1. My name is Corey Lea and I own real estate in Rutherford County, Tennessee.
2. I applied for farm ownership, farm operating and grants for real estate to be purchased and or continued agricultural businesses in Rutherford County, Tennessee.
3. I am liable for debts for dissolved Kentucky Corporation, Corey Lea Inc.
4. I have not received direct payments for pandemic assistance provided by Congress under section 22006 of the Inflation Reduction Act.
5. I have lived within the jurisdiction of this Court since July of 1014 and if the Federal Defendants would have resolved my discrimination complaints, I would have been eligible for federal assistance since 2009.
6. I have attempted to file formal requests for hearing before the Administrative Law Judge at least 3 times and was refused docketing by the ALJ to contest alleged debts that have now subject to administrative garnishments.

_____  _____
Corey Lea                                                Notary Public

                                                         3-13-24
                                                         _____
                                                         Date and Seal

                                                         COMMISSION EXPIRES:
                                                         2-24-2026