# Exhibit

_Ex 2_


U.S. Department of Agriculture

FRANKLIN COUNTY FARM SERVICE AGENCY
FEDERAL BLDG, 200 S JEFFERSON
WINCHESTER, TN 37398

# USDA Receipt for Service

This is **NOT** a Bill

**Customer:**
Corey Lee
3430 Magruder Dr
Murfreesboro, TN 37129
Email: cowtownfoundation@gmail.com

**Date of Service:** 04/19/2023
**Receipt No:** 9356223

## Summary of Visit

### What Brought Customer to USDA

- Other (Note in Customer Interaction Description)

**Additional Information:** New Customer interested in FSA Direct loans for the following: purchase Land $3,750,000, Equipment $1,250,000, and Processing Facility $5,000,000.

## Service Center Details

**Employee:** JANICE YORK
**Office:** FRANKLIN COUNTY FARM SERVICE AGENCY
**Contact Method:** Email

### Program Area of Interaction

- FLP - Farm Operating Loan
- FLP - Farm Ownership Loan

### Items Received from Customer

- FSA-2001 Request for Direct Loan Assistance

### Items Provided to Customer

- Other - Described in Detail Field

**Additional Information:** Mailed FSA-2305

### Questions, Comments?

If you have questions or concerns about the service you received related to this receipt, please contact:

FRANKLIN COUNTY FARM SERVICE AGENCY
FEDERAL BLDG, 200 S JEFFERSON
WINCHESTER, TN 37398
931-967-2521
Andy.strike@usda.gov
www.fsa.usda.gov


Thank you for your business and contribution to agriculture!

### Non-Discrimination Statement

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at How to File a Program Discrimination Complaint and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov.

**USDA is an equal opportunity provider, employer, and lender.**