# Exhibit

Ex 5

Exhibit 3
1 of 3

JUL 28 2009

TO: Johnny R. Toles, Jr.
Director, Office of Civil Rights
Farm Service Agency

FROM: D. Leon King  *(signed: Daniel R Brown for)*
Chief
Program Intake Division

SUBJECT: Discrimination Complaint of Corey Lea
Complaint Number: 08-1401
Alvaton, Kentucky

The Office of Adjudication is processing the attached discrimination complaint filed by the above referenced individual against the Farm Service Agency. Please request suspension of any foreclosure action that may be pending in this case.

If you have any questions regarding this request, please contact my office at (202) 720-9396.

Attachment

PID:intake:▓▓▓▓▓lea-stop-foreclosure-FSA

Case 1:13-cv-00110-JHM-HBB   Document 37-2   Filed 12/16/13   Page 6 of 33 PageID #: 776
Case 1:12-cv-00052-JHM-LLK   Document 161-1   Filed 04/23/13   Page 2 of 3 PageID #: 1328

2 of 3

## Complaint

USDA Program Complaints Management System

### Complaint: 08-1401

| | |
|---|---|
| Complaint Number | 08-1401 |
| Receipt Method | Facsimile |
| Postmark Date | |
| Correspondence Date (from Complainant) | 05/01/2008 |
| USDA Received Date | 05/01/2008 |
| HUD Decision Date | |
| Number of Days Processed | 722 |
| Language | English |
| Agency | FSA |
| Region | |
| Office | |
| Complainant Information? | Yes |
| Title | Mr. |
| First Name | Corey |
| Middle Name | |
| Last Name | Lea |
| Home Phone | |
| Alt Phone | |
| Email | |
| Comments | |
| Complainant Name Confirmed? | No |

Case 1:13-cv-00110-JHM-HBB   Document 37-2   Filed 12/16/13   Page 7 of 33 PageID #: 777
Case 1:12-cv-00052-JHM-LLK   Document 161-1   Filed 04/23/13   Page 3 of 3 PageID #: 1028

3 of 3

## Document Listing

USDA Program Complaints Management System

**Complaint: 08-1401**

| Date | Type | Keywords | Document | Comments | Entered By |
|---|---|---|---|---|---|
| 2000-05-23 00:00 | | additional Information - EMAIL regarding the Loan Officer | 08-1401 BP.PDF | | |
| 2008-08-04 00:00 | | Response to 15 Day | 08-1401 Response.PDF | | |
| 2008-07-23 00:00 | 15 Day Letter | | 08-1401 ack.tif | | |
| 2009-02-18 15:44 | Acceptance Letter | | 08-1401acceptance 1271.tif | 2/4/09 | |
| 2009-02-18 09:05 | Acknowledgement Letter | | | Added for workflow message. | |
| 2008-05-20 00:00 | Complaint Correspondence | | 08-1401.PDF | | |
| 2008-08-18 00:00 | Other | Failure to state a claim | | Forward for signature-CV | |
| 2009-01-14 12:11 | Other | Additional Information | Corey Lea.pdf | | |
| 2009-03-31 15:55 | Other | Signed Certified Green Card | Corey Lea signed certified green card.doc | | |
| 2009-05-29 10:06 | Other | Resubmitted Interrogatories to Branch Chief | | | |
| 2009-06-01 10:04 | Other | Investigative Plan | | Submitted to Branch Chief | |
| 2009-06-18 13:25 | Other | Signed ECOA LETTER | 08-1401 ECOA.pdf | | |
| 2009-08-06 10:29 | Other | Complainant interrogatories | 08-1401.pdf | | |
| 2009-02-18 15:50 | Request for APS | | 08-1401 req for aps1270.tif | 2/4/09 | |
| 2009-07-28 09:36 | Stop Foreclosure Memo | | 08-1401 stop foreclosure.pdf | | Posey, Daphne |

https://usda-pr.entellitrak.com/etk-usda-pr-2.9.1-live/tracking.listChild.print.do     4/23/2010