# Exhibit

_Ex 6_

 Gmail

**Corey lea** <cowtownfoundation@gmail.com>

# Request for a hearing before the ALJ pursuant to ARPA

**Corey lea** <cowtownfoundation@gmail.com>                                                                 Tue, Nov 22, 2022 at 1:45 PM
To: SM.OHA.HearingClerks@oha.usda.gov, "SM.OASCR.ProgramAdjudication" <SM.OASCR.ProgramAdjudication@usda.gov>, "Hill, Caroline - OHA-OALJ, Washington, DC" <Caroline.Hill@oha.usda.gov>, SM.OSEC.AGSEC.OES@usda.gov, "Goldmon, Dewayne - OSEC, Washington, DC" <dewayne.goldmon@usda.gov>

Please acknowledge receiving this email and forward docketing information.

Thank You!

--
Corey Lea
Executive Director
TheCowtownFoundation.org.

**13 attachments**

- **Corey Lea Inc request for administrative hearing arpa.docx**
  75K
- **COREY LEA INC STATEMENT OF UNDISPUTED FACTS.docx**
  51K
- **10252021145547 (2).pdf**
  42K
- **10252021145241 (2).pdf**
  1228K
- **10252021145152 (1).pdf**
  178K
- **10252021145126 (2).pdf**
  401K
- **10252021145110 (4).pdf**
  72K
- **10252021145050 (3).pdf**
  69K
- **10252021144548 (1).pdf**
  158K

Case 3:23-cv-00340     Document 56-6     Filed 03/13/24     Page 2 of 3 PageID #: 734

- **10252021144252 (3).pdf**
  72K
- **10252021144228 (6).pdf**
  62K
- **10252021144201 (4).pdf**
  145K
- **2016-ASCR-00013-F _Lea (1) (1) (2).pdf**
  656K