# Exhibit

_Ex 8_

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FORM FSA-2065 (06/23) | | UNITED STATES DEPARTMENT OF AGRICULTURE FARM SERVICE AGENCY ANNUAL STATEMENT OF LOAN ACCOUNT | | | | | |
| SAVE THIS INFORMATION FOR INCOME TAX PURPOSES | | OAC COMPLAINT SERVICING RIGHTS ISSUED | | | | PAGE 001 DATE 123123 | |

CASE NUMBER 21-014-******7884  FINAL YEAR OF LOAN 2047
FUND CODE 41 LOAN NUMBER 01 DATE OF LOAN 102507 INTEREST RATE 05.5000 AMOUNT OF LOAN 175,000.00

| DESCRIPTION | ADVANCES | INTEREST | PRINCIPAL | TOTAL | T | INTEREST RATE | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|
| BEGIN LOAN BALNCE | | 1,850.36 | 155,438.56 | 157,288.92 | | | 010123 |
| TOTAL LOAN PMTS | | 0.00 | 0.00 | 0.00 | | | |
| TOTAL PAID ON ALL LOANS THIS YEAR | | 0.00 | 0.00 | 0.00 | | | |

| LOAN ACTIVITY | 0.00 | 0.00 | 0.00 | 0.00 | |
|---|---|---|---|---|---|
| LOAN BALANCE | UNPD INTEREST | 10,399.48 ** | UNPD PRIN | 155,438.56 ** | |
| NXT AMT DUE | 10,908.00 | | DATE DUE 100124 | | |
| PAYMENT STATUS | 10,908.00 | BEHIND | INT PAID | 0.00 | |
| | | | TAXES PAID | | |
| ALL LOAN ACTIVITY | 0.00 | 0.00 | 0.00 | 0.00 | |
| BORR BAL | UNPD INTEREST | 10,399.48 | UNPD PRIN | 155,438.56 | |

**These unpaid balances may not reflect the total amount due to the Agency at payoff.

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. USDA, FARM SERVICE AGENCY PHONE#(888)518-4983 211 N BROADWAY STE 1701; MAIL STOP 2332 ST. LOUIS, MO 63120 | CAUTION: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB NO.1545-1380 Form 1098 (Rev. January 2022) For Calendar Year 2023 | CORRECTED (if checked) Mortgage Interest Statement COPY B FOR PAYER/BORROWER |
|---|---|---|---|
| | 1 Mortgage interest received from payer(s)/borrower(s)* $ 0.00 | | The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item. |
| RECIPIENT'S/LENDERS TIN 430951685 | PAYER'S/BORROWER'S TIN ******7884 | 2 Outstanding mortgage principal $ | 3 Mortgage origination date |
| PAYER'S/BORROWER'S name, Street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code COREY LEA INCORPORATED PO BOX 422 ARRINGTON, TN    21-314    37014 | 4 Refund of overpaid interest $ | 5 Mortgage insurance premiums $ | |
| | 6 Points paid on purchase of principal residence $ | | |
| | 7 If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. [X] | | |
| 9 Number of properties securing the mortgage | 10 Other IRS FORM 1098 DOES NOT APPLY TO YOUR LOAN | 8 Address or description of property securing mortgage | 11 Mortgage acquisition date |
| Account number (see instructions) 21014******788441 01 | | | |

FORM 1098 (Rev 1-2022)    (Keep for your records)    www.irs.gov/Form1098
Department of the Treasury- Internal Revenue Service