# Exhibit

Ex 9

# Kentucky Secretary of State
## Michael G. Adams



- Business Entity Search
- File Annual Report
- Form an LLC
- Business Registration Portal
- Name Availability Search
- Business Forms Library
- Prepaid Account Status
- Current Officer Search
- Founding Officer Search
- Registered Agent Search
- Validate Certificate of Existance/Authorization

## COREY LEA INC.

[ Reinstatement Application ] [ File Certificate of Assumed Name (DBA) ]
[ File Registered Agent Resignation ]

Printable Forms

Subscribe to changes made to this entity

### General Information

| | |
|---|---|
| Organization Number | 0668245 |
| Name | COREY LEA INC. |
| Profit or Non-Profit | P - Profit |
| Company Type | KCO - Kentucky Corporation |
| Status | I - Inactive |
| Standing | B - Bad |
| State | KY |
| File Date | 7/6/2007 |
| Organization Date | 7/6/2007 |
| Last Annual Report | N/A |
| Principal Office | P.O. BOX 50885<br>BOWLING GREEN, KY 42102 |
| Registered Agent | STACIE LEA<br>260 THE TRACE CIRCLE<br>ALVATON, KY 42122 |
| Authorized Shares | 1000 |

Kentucky.gov | Agencies | Services

Show Initial Officers
Show Images
Show Former Names
Show Activities

Contact   Site Map
Privacy   Security   Disclaimer   Accessibility

Kentucky Unbridled Spirit

© Commonwealth of Kentucky
All rights reserved.