# Exhibit

_Ex 10_



United States
Department of
Agriculture

Office of the
Assistant Secretary
for Civil Rights

Center for Civil
Rights Enforcement

Program
Complaints
Division

1400 Independence
Avenue SW

Washington, DC
20250

February 15, 2024

Electronic Delivery:
cowtownfoundation@gmail.com

Mr. Corey Lea
Post Office Box 422
Arrington, Tennessee 37014

RE: Complaint Number: 2024-01-00015519

Dear Mr. Lea:

On January 30, 2024, the United States Department of Agriculture (USDA), Office of the Assistant Secretary for Civil Rights (OASCR), Center for Civil Rights Enforcement (CCRE), Program Complaints Division, Intake, received your complaint dated the same date alleging discrimination in a program administered by USDA. This office is responsible for processing administrative complaints alleging discrimination in a program conducted by or receiving Federal financial assistance from USDA.

We have determined CCRE has jurisdiction over your administrative complaint. Your administrative complaint was accepted for processing. The accepted allegation is:

> Whether on January 29, 2024, Farm Service Agency officials discriminated against you based on your race when they denied your request for a Farm Ownership Loan.

If you do not agree with the defined claim(s) of your acceptance, you must provide us with sufficient reasons, in writing, within seven (7) calendar days of receipt of this letter. The statement should be sent to the following address, fax, or email:

> Anita Petty, Program Intake Division
> Center for Civil Rights Enforcement
> United States Department of Agriculture
> 1400 Independence Avenue, SW
> Stop Code: 9410
> Washington, DC 20250
> FAX: 833-256-1665
> or
> E-mail: ProgramComplaints@usda.gov

Please be advised that at any stage of the program complaint process you wish to voluntarily withdraw your complaint, you must promptly provide written notification of your desire to do so. The withdrawal notice must be signed, dated, and contain the USDA complaint number.

**USDA IS AN EQUAL OPPORTUNITY PROVIDER, EMPLOYER AND LENDER**