# Exhibit

___Ex 12___

# USDA Complaint regarding Payment for Meat

**Stephens, Creig - MRP-AMS** <Creig.F.Stephens@usda.gov>　　　　　　　　　　　　　Wed, Mar 15, 2023 at 3:49 PM
To: "cowtownfoundation@gmail.com" <cowtownfoundation@gmail.com>　　　Corey lea <cowtownfoundation@gmail.com>

Mr. Corey Lea,

Good afternoon. My name is Creig Stephens. I am the Regional Director for the USDA Packers and Stockyards Division in Atlanta, GA. I have received a copy of your complaint regarding ZK Ranches. Just to clarify what is in the complaint, did you sell livestock to ZK Ranch or did you sell meat to them and did not receive payment? I have an agent available to visit ZK Ranches. Just to clarify what is in the complaint, did you sell livestock to ZK Ranch or did you sell meat to them and did not receive payment? I have an agent available to visit ZK Ranch and since this is a complaint involving failure to pay, the agent will visit ZK and inquire about a failure to pay for product you sold. Do you have an invoice or receipt that shows the amount owed to you? If you do, could you please take a picture of it and send it to me via email. In addition, what is ZK's reason or response for not paying the amount owed? Any additional information or documents that you would like to include will be of benefit for the investigation.

Thank you,

---

**Creig F. Stephens | Regional Director**

USDA AMS Fair Trade Practices Program, Packers and Stockyards Division

75 Ted Turner Drive, Suite 230, Atlanta, GA 30303

Phone: (404) 562-5404 | Creig.F.Stephens@usda.gov

---

T his electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

Case 3:23-cv-00340    Document 56-12    Filed 03/13/24    Page 2 of 3 PageID #: 758

# M Gmail

Corey lea <cowtownfoundation@gmail.com>

## Lea v. ZK Ranches Et. Al.

**Corey lea** <cowtownfoundation@gmail.com> Tue, Oct 27, 2020 at 10:59 AM
To: SM.OHA.HearingClerks@oha.usda.gov

--
Corey Lea
Executive Director
TheCowtownFoundation.org.

📎 **Untitled document - 2020-10-27T105755.762.pdf**
63K