# Exhibit

_____Ex 14_____ Request Hearing ZK

# Lea v. ZK Ranches Et. Al.

**Corey lea** <cowtownfoundation@gmail.com>  Tue, Oct 27, 2020 at 10:59 AM
To: SM.OHA.HearingClerks@oha.usda.gov

Corey Lea
Executive Director
TheCowtownFoundation.org.

📎 **Untitled document - 2020-10-27T105755.762.pdf**
63K