# Exhibit

Ex 17

| **FSA-1122**<br>(06-13-23) | **U.S. DEPARTMENT OF AGRICULTURE**<br>Farm Service Agency | 1. Recording State | 2. Program Year<br><br>**2020** |
|---|---|---|---|
| **PANDEMIC ASSISTANCE REVENUE<br>PROGRAM (PARP) APPLICATION** | | 3. Recording County | 4. Application Number |

| NOTE: | The following statement is made in accordance with the Privacy Act of 1974 (5 USC 552a – as amended). The authority for requesting the information identified on this form is the Consolidated Appropriations Act (Pub. L 116-260) and 7 CFR Part 9. The information will be used to determine eligibility for program benefits. The information collected on this form may be disclosed to other Federal, State, and Local government agencies, Tribal agencies, and nongovernmental entities that have been authorized access to the information by statute or regulation and/or as described in applicable Routine Uses identified in the System of Records Notice for USDA/FSA-2, Farm Records File (Automated). Providing the requested information is voluntary. However, failure to furnish the requested information will result in a determination of ineligibility for program benefits. Payments may not require the program to which the form applies only to the extent permitted by applicable authorities. |
|---|---|
| | *Public Burden Statement (Paperwork Reduction Act):* Public reporting burden for this collection is estimated to average 60 minutes per response, including reviewing instructions, gathering and maintaining the data needed, completing (providing the information), and reviewing the collection of information. You are not required to respond to the collection, or USDA may not conduct or sponsor a collection of information unless it displays a valid OMB control number. **RETURN THIS COMPLETED FORM TO LOCAL USDA-FARM SERVICE AGENCY OFFICE.** |

## PART A – PRODUCER AGREEMENT

The Department of Agriculture *(USDA)* will make PARP payments to producers who meet the requirements of the program, subject to the availability of funds. The following information is needed for USDA to make a determination that the applicant is eligible to receive a PARP payment. By submitting this application, and upon approval by USDA, the applicant agrees:

1. To comply with regulations set forth in 7 CFR Part 9, subpart D;
2. That a PARP payment will only be made with respect to decreases in revenue for commodities grown in the US, unless the commodity was produced outside the US by a producer located in the US and marketed in the US;
3. To provide, upon request, to USDA all information that is necessary to verify that the information provided on this form is accurate and to allow USDA representative access to allocuments and records of the producer, including those in the possession of a third-party such as a warehouse operator, processor or packer;
4. To comply with payment limitation, adjusted gross income, and other rules applicable to the PARP by completing forms:
   - CCC-902, Farm Operating Plan for Payment Eligibility
   - CCC-901, Member Information for Legal Entities, if applicable
   - CCC-941, Average Adjusted Gross Income (AGI) Certification and Consent to Disclosure of Tax Information
   - FSA-1122A, Continuation Sheet For Pandemic Assistance Revenue Program (PARP) Adjusted Revenue, if applicable
   - FSA-1123, Certification of 2020 Adjusted Gross Income, optional
   - CCC-860, Socially Disadvantaged, Limited Resource, Beginning and Veteran Farmer or Rancher Certification, optional
   - AD-2106, Form to Assist in Assessment of USDA Compliance With Civil Rights Laws, optional
   - AD-2047, Customer Data Worksheet, optional;
5. To provide USDA all eligibility documents required for program participation within 60 days from the PARP application deadline. Failure of an individual, entity, or member of an entity to timely submit all eligibility documents required may result in no payment or a reduced payment;
6. To comply with the provisions of the Food Security Act of 1985 that protect highly erodible land and wetlands. All applicants must complete and submit all portions of form AD-1026, Highly Erodible Land Conservation (HELC) and Wetland Conservation (WC) Certification unless:
   6A.  i.    The applicant does not participate in USDA benefits subject to HELC and WC compliance except Federal Crop Insurance or PARP, and
       ii.   The applicant only has an interest in land devoted to the production of agricultural commodities that are perennial crops, excluding sugar cane, such as tree fruits, tree nuts, grapes, olives, native pasture and perennial forage. If the applicant produces alfalfa, the applicant must contact the Natural Resources Conservation Service to determine if such production qualifies as the production of a perennial crop; and
       iii.  The applicant has not converted a wetland after December 23, 1985; or
   6B.  i.    The applicant does not own or rent land devoted to an agricultural activity including cropland, rangeland, pastureland or forestland; or
       ii.   The applicant is a producer of livestock, nursery crops, honey or similar commodity that is not produced from tillage of land;
7. If the applicant meets either the conditions in Part A (certification with box 5B on AD-1026) or 6B Certification (certification with box 5A on AD-1026), the applicant is only required to complete Parts A and D of form AD-1026.
8. If the applicant identifies as being a new producer or has increased their operation size between the benchmark year and 2020 they may complete supplemental worksheet FSA-1122 A to request an adjusted revenue.
9. If applicant receives assistance through the Coronavirus Food Assistance Program 1 or 2, Pandemic Livestock Indemnity Program, Spot Market Hog Pandemic Program, or Emergency Relief Program for 2020 after their PARP payment is issued, their PARP payment will be recalculated and the applicant must refund any resulting overpayment.

## PART B – PRODUCER INFORMATION

5. Producer Name, Address *(City, State and Zip Code)* and Phone Number *(Include Area Code)*

| PART C – ALLOWABLE GROSS REVENUE | | | AGENCY USE ONLY | | |
|---|---|---|---|---|---|
| 6.<br>2018 Allowable Gross Revenue | 7.<br>2019 Allowable Gross Revenue | 8.<br>2020 Allowable Gross Revenue | 9.<br>COC Adjusted 2018 Allowable Gross Revenue | 10.<br>COC Adjusted 2019 Allowable Gross Revenue | 11.<br>COC Adjusted 2020 Allowable Gross Revenue |
| | | | | | |

## PART D – PRODUCER CERTIFICATION

*I hereby sign and acknowledge under penalty of perjury in accordance with 28 U.S.C. § 1746 and 18 U.S.C. § 1621 that the foregoing is true and correct.*

| 12A. Signature *(By)* | 12B. Title/Relationship of the Individual Signing in the Representative Capacity | 12C. Date *(MM/DD/YYYY)* |
|---|---|---|
| | | |

## PART E – COUNTY COMMITTEE (COC) DETERMINATION

| 13. COC or Designee Signature | 14. Date *(MM/DD/YYYY)* | 15. Determination<br>☐ APPROVED ☐ DISAPPROVED |
|---|---|---|
| | | |

In accordance with Federal civil rights law and USDA civil rights regulations and policies, the USDA, its agencies, offices, and employees participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture Office of the Assistant Secretary for Civil Rights 1400 Independence Avenue, SW Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov. USDA is an equal opportunity provider, employer, and lender.

DATE STAMPED

**HOW TO DETERMINE ALLOWABLE GROSS REVENUE (all revenue a producer received reportable to IRS on a "cash basis method" during the applicable calendar year)**

**Table 1 provides guidance for**:
- determining allowable gross revenue source
- what to include/exclude when determining allowable gross revenue.

## Table 1.

| Allowable gross revenue INCLUDES revenue from the following sources: | Allowable gross revenue EXCLUDES revenue from the following sources: |
|---|---|
| (1) Sales of agricultural commodities produced by the producer, including sales resulting from value added through post-production activities. *(Sched. F Line 2, or other comparable Federal tax form)*<br><br>NOTE:  include income from:<br>• inventory carried over from the prior tax year<br>• post-production activities (value added) i.e., grapes into wine or strawberries into jam<br>• Commodities not grown in the U.S. *(if grown by U.S. producer and marketed in the U.S.)*<br>• Interest Charge Domestic International Sales Corporation (IC-DISC) income from the sale of agricultural commodities.<br><br>(2) Sales of agricultural commodities purchased for resale, less the cost or other basis of such commodities. *(Sched. F Line 1C, or other comparable Federal tax form)*<br>NOTE:  Include CCC loan proceeds if elected to be treated as income in a prior year less the tax basis in year of repayment.<br>NOTE:  The sale of eligible aquatic species may only be included if the eligible aquatic species were raised by a commercial operator and in water in a controlled environment.<br>(3) The amount of cooperative distributions directly related to the sale of agricultural commodities produced by the applicant. *(Sched F – Line 3a & 3b, or other comparable Federal tax form)*<br>(4) Payments received under the following agricultural programs regardless of crop year or program year *(Sched F Line 4a, or other comparable Federal tax form)*:<br>• Agriculture Risk Coverage and Price Loss Coverage Program (ARC/PLC)<br>• Biomass Crop Assistance Program (BCAP)<br>• Dairy Margin Coverage Program (DMC)<br>• Loan Deficiency Payment (LDP) and Market Loan Gains (MLG)<br>• Market Facilitation Program (MFP)<br>• Margin Protection Program (MPP Dairy)<br>• Seafood Trade Relief Program (STRP)<br><br>(5) Commodity Credit Corporation (CCC) loans reported under election if elected to be treated as income and reported to IRS. *(Schedule F Line 5a - 5c, or other comparable Federal tax form)*<br>(6) Crop insurance proceeds received from FCIC or a private plan of insurance regardless of crop year (as reported to IRS). *(Schedule F Line 6, or other comparable Federal tax form)*<br>(7) Federal disaster program payments under the following programs regardless of the crop year or program year *(Schedule F Line 6, or other comparable Federal tax form)*:<br>• 2017 Wildfire and Hurricanes Indemnity Program (WHIP)<br>• Emergency Assistance for Livestock, Honeybees, and Farm Raised Fish Program (ELAP)<br>• Livestock Forage Disaster Program (LFP)<br>• Livestock Indemnity Program (LIP)<br>• Noninsured Crop Disaster Assistance Program (NAP)<br>• Milk Loss Program<br>• On-Farm Storage Loss Program (OFSLP)<br>• Tree Assistance Program (TAP)<br>• Wildfires and Hurricanes Indemnity Program+ (WHIP+)<br>(8) Payments issued through grant agreements with FSA for losses of agricultural commodities<br>(9) Revenue from raised breeding livestock *(Sched 4797 Part 1 & II column (d), or other comparable Federal tax form)*<br>(10) Revenue earned as a cattle feeder operation<br>(11) NOAA grants and State program funds providing direct payments for the loss of agricultural commodities or the loss of revenue from agricultural commodities<br>(12) Other revenue directly related to the production of agricultural commodities that IRS requires the applicant to report as income including but not limited to:<br>• Federal and State gas/fuel tax credits<br>• Income from by-passed (unharvested) acres<br>• Commodity specific income received from State or local governments.<br>(13) Pandemic Market Volatility Assistance Program (PMVAP) benefits received, regardless of the calendar year in which the payment was received. | (1) Pandemic Assistance from:<br>• Coronavirus Food Assistance Program (CFAP) 1<br>• Coronavirus Food Assistance Program (CFAP) 2<br>• Pandemic Livestock Indemnity Program (PLIP)<br>• Spot Market Hogs Pandemic Program (SMHPP)<br>NOTE: If a CFAP  payment was received in calendar year 2020, and was included on Schedule F line 4a for calendar year 2020, the amount of  the CFAP payment received will need to be deducted from that line item amount when figuring 2020 allowable gross revenue.<br><br>(2) 2020 Emergency Relief Program (ERP) Payments<br>NOTE: The PARP software will automatically deduct all payments received from the Pandemic programs listed above and the 2020 ERP program during the payment calculation.<br><br>(3) Wild free-roaming animals<br>(4) Horses and other animals used for racing or wagering<br>(5) Aquatic species that are **NOT** grown:<br>• as food for human or livestock consumption,<br>• for industrial or biomass uses,<br>• as fish raised as feed for fish that are consumed by humans, or<br>• as ornamental fish propagated and reared in an aquatic medium.<br><br>*(6) Cannabis sativa L.* and any part of that plant including the seeds, thereof and all derivatives, extracts, cannabinoids, isomers, acids, salts, and salts of isomers, whether growing or not, with a delta-9 tetrahydrocannabinol concentration of more than 0.3 percent on a dry weight basis, that is grown under a license or other required authorization issued by the applicable governing authority that permits the production of hemp<br>(7) Timber<br>(8) Resale of items not held for characteristic change<br>(9) Income from a pass-through entity such as an S Corporation or LLC<br>(10) Conservation Program payments<br>(11) Certificate Exchanges<br>(12) Any pandemic assistance payments that were not for the loss of agricultural commodities or the loss of revenue from agricultural commodities, including, but not limited to:<br>• cost-share assistance<br>• loss of buildings,<br>• etc.<br><br>(13) Custom hire income *(Sched F Line 7, or other comparable Federal tax form)*<br>(14) Net gain from hedging or speculation<br>(15) Wages, salaries, and tips<br>(16) Cash rent<br>(17) Rental of equipment or supplies<br>(18) Revenue earned as a contract producer. |

**Note:** An applicant is not required to have filed a Schedule F to determine Allowable Gross Revenue. If an applicant did not file a Schedule F, the applicant will use the applicable federal tax form filed to determine Allowable Gross Revenue in the same manner as if a Schedule F was filed.

# Introduction

This is your submission for financial assistance from the Inflation Reduction Act's (IRA) Section 22007 USDA Discrimination Financial Assistance Program (DFAP).

**Applications filed through this online form must be submitted by January 17, 2024, at 11:59 pm PST.**

Before you begin, please review the Application Instructions and FAQs for important information and requirements for completing this Application. You may also find reviewing the PDF version of the paper-copy Application helpful before completing the online form, so you can view all questions and requirements in advance. You will proceed through the online Application in a step-by-step manner, meaning you will not be able to move past the current section without completing it in its entirety. The paper-copy Application is available to you for reference throughout the online Application filing process by selecting the link on this page or in the header.

## I have reviewed the Application Instructions and FAQs.

The Online Application User Guide includes helpful information about using this online form to file your Application. If you need additional help with your Application, please contact the National Call Center.

# Program Eligibility Requirements

**This Application is for individuals who:**

**(1)** Experienced discrimination, prior to January 1, 2021, by the Department of Agriculture (USDA) in USDA farm loan programs, which are currently administered by the Farm Service Agency (FSA);

AND/OR

**(2)** Are currently debtors with assigned or assumed USDA farm loan debt that was the subject of USDA discrimination that occurred prior to January 1, 2021. (This applies, for example, if you inherited the debt that was the subject of USDA farm loan program discrimination.)

**IF YOU DO NOT MEET AT LEAST ONE OF THESE REQUIREMENTS, YOU ARE NOT ELIGIBLE TO APPLY FOR THIS FINANCIAL ASSISTANCE.**

**I have reviewed the Program Eligibility Requirements.**

**Important Information Regarding Documentation Requirements**

**Documentation Requirements**

<u>Documentation Requirements</u>

Throughout this Application, you will be asked to include documentation to support your Application.

- The instructions use the word **must** where documentation is strictly required; this means you must supply the requested supporting documents.

- The instructions use the word **may** where documentation would be **helpful** to assessing your Application. **This means that your Application would be stronger if you provide documentation.**

- If you submit a statement by another person, in support of your Application, that statement must be under penalty of perjury; you should use the form available at 2007apply.gov or a document substantially like it.

Reviewing the documentation checklist, before you begin your submission, may assist you in gathering and submitting documents helpful to process your Application.

Documentation templates are posted to the Program website. Use these templates, or forms substantially similar, when providing this information.

It is critical that you provide the list of required documents for your Application to be considered; **certain documents, if not provided, may disqualify you from participating in this program.**

# How to Provide Documentation

## How to Provide Documentation

There are two ways to provide documentation: submit it online, or mail it to your DFAP Regional Office (note: NOT to a USDA regional office).

**1. Upload documentation to the online Application:** you can upload your documentation to this online Application in the **Documentation Summary** section.

- You must upload documentation **before** you submit the application itself; the deadline is 11:59 p.m. PST, January 17, 2024.

- Files **must** be in **PDF** format. Learn how to create PDF documents.

- There is no limit to the number of PDF files you can attach.

- The file size for a single uploaded PDF file is limited to 250MB; if you need more space, you can upload multiple files up to a total size of 500MB.

- **Do not encrypt or password protect your files.**

**2. Send documentation separately to your DFAP Regional Office:** you can mail some or all of your documentation to your DFAP Regional Office. In order for the separately submitted documentation to be considered in the evaluation of your Application:

- You **must** indicate in the Documentation Summary section that you intend to separately submit some or all of your documentation.

- You **must** proceed as follows:

  ○ Provide a cover letter along with your documentation which references your name, your Application Confirmation ID (which will be emailed to you upon submission of your online Application), and a list of the enclosed documentation.

- List your Social Security Number or Individual Taxpayer Identification Number on the top of each document.

- Once you submit your efiled Application, you have two business days to submit supporting documents; please use a single envelope. You can mail them, postmarked no later than **January 19, 2024**. Mailing addresses are listed on <u>this page</u>, under "Mailing Addresses for Application Submissions".

- **Please do not send original documents as they will not be returned to you and may be destroyed.**

# Documentation Templates

## <u>Documentation Templates</u>

Please visit the Program Website for the following <u>documentation templates</u>, available for your use. Use these templates where needed:

- Statement Under Penalty of Perjury Template
  - (If you prefer, you can use any format that is substantially similar to this one, under 28 U.S.C. §1746.)

- Additional Co-Borrowers Template (STEP 2)

- Additional Entities Template (STEP 2)

- Additional Instances of Discrimination Template (STEP 5)

- Additional Information (OPTIONAL) Response Template (STEP 8)

- Tax Forms (STEP 9)
  - IRS Form W-9
  - IRS Form W-8BEN
  - IRS Form W-8ECI

- Signature Page Templates (STEP 10)

- Applicant Signature Page Template
- Preparer, Guardian or Lawyer Signature Page Template

**I have reviewed the Important Information Regarding Documentation Requirements.**

# STEP 1: About You

## A. IDENTIFYING INFORMATION:

Information provided here is for program administrators to understand who you are and how to get in contact with you if there are questions about your Application. **Please use your full legal name.**

- If you are/were a member of a business entity that participated in a USDA farm loan program, you **must** also fill in STEP 2, Part C.

- If you have a legal guardian, this part's identifying information refers to you (even if it is completed by the legal guardian); the legal guardian's name and contact information should be included in Part C below.

Your Last Name:

Corey

Suffix:

First Name:

Lea

Middle Name:

Mailing Address:

P.O. Box 422

Apartment/Suite Number:

Is the address located in US, Canada or Other?

US
Canada
Other

City:

Arlington

State/Territory:

TN

Zip/Postal Code:

37014

Best Telephone Number during Weekdays:

Please select which type of phone number you will be providing.

US/Canadian

Non-US/Canadian

US/Canadian Phone Number:

615-308-7787

Alternate Telephone Number(s):

Email Address:

sfelandandcattleco@gmail.com

Date of Birth:

10/10/1970

Do you have a Social Security Number?

No

Yes

Please provide your Social Security Number:

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

Social Security Last 4 digits:

8948

Do you have an *Individual* Taxpayer Identification Number?

No

Yes

Please provide your *Individual* Taxpayer Identification Number:

*Individual* Taxpayer Identification Last 4 digits:

List any other name that you have used or done business with USDA under (e.g., maiden name):

Last Name (including suffix):

First Name:

Middle Name:

Last Name (including suffix): _____ First Name: _____ Middle Name: _____

Last Name (including suffix): _____ First Name: _____ Middle Name: _____

## Supporting Documentation Requests

You **must** provide at least TWO (2) acceptable forms of identification. Please indicate which two you are providing from the list below.

| | |
|---|---|
| U.S. Passport | ID document issued by the federal government, a federally recognized tribal government, or a state recognized tribal government. |
| Driver's license or ID card issued by a state or possession of the United States provided it contains a photograph | Voter registration card |
| U.S. Military ID card | Tax bill issued within the last year showing name and current address |
| U.S. Military dependent's ID card | Utility bill issued within the last 60 days showing name and current address |
| U.S. Social Security Card issued by the Social Security Administration | Voided check imprinted with name and current address |
| Original or certified copy of a birth certificate issued by a state, county, municipal authority, or outlying possession of the United States bearing an official seal | Bank statement issued within the last 60 days showing name and current address |
| U.S. citizen ID card (Form 1-197) | Government issued medical ID card showing name and current address |
| ID Card for use of Resident Citizen in the United States (Form 1-179) | Valid vehicle registration showing name and current address |
| Certification of Birth Abroad issued by the Department of State (Form FS-545 or Form DS-1350) | Current pay stub, imprinted with company name, issued within the last 60 days and showing applicant's name |
| Unexpired employment authorization document issued by the Department of Homeland Security | Rent receipt, imprinted with the property management company or apartment building name, issued within the last 60 days showing name and current address |

You **must** provide proof of your Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN). Please indicate which document you are providing from the list below. Any official or financial document reflecting SSN or ITIN, such as:

Social Security or Individual Taxpayer Identification card

W-2 Form with full SSN or ITIN

SSA-1099 Form with full SSN or ITIN

Non-SSA 1099 Form with full SSN or ITIN

1098 Form with full SSN or ITIN

Bank, loan, or financial documents with full SSN or ITIN

Paystub with full SSN or ITIN

Other

# B. INFORMATION ABOUT ALTERNATIVE CONTACTS:

This part asks for two kinds of alternative contacts. The first is a person we can contact to attempt to locate you, if we are having difficulty in reaching you. The second is someone with whom we can discuss your Application.

1. Would you like to designate someone whom we can contact to locate you, if we are having difficulty reaching you? This could be a spouse or (adult) relative, lawyer, or someone else:

No. If no, proceed to the next question.

Yes. If yes, provide the alternative contact's information:

Last Name of the person who can help us locate you.:

First Name:                                                    Middle Name:

Mailing Address:

Apartment/Suite Number:

Is the address located in US, Canada or Other?

US

Canada

Other

City:

Zip/Postal Code:

Please select which type of phone number you will be providing.

US/Canadian

Non-US/Canadian

Email Address:

Relation of contact to you (select one):

Relative

Lawyer

Other legal representative

Other

2. Would you like to designate someone with whom we can discuss your Application? This could be a spouse or (adult) relative, lawyer, or someone else:

No. If no, proceed to the next question.

Yes. If yes, you are authorizing the program administrators, the program administrators' designees, the U.S. Department of Agriculture, or agency contractors assisting in the administration of the Program to contact the listed individual if the program administrators need additional information or clarification about your Application. Please provide the alternative contact's information:

Last Name of the person who can discuss your Application with us:

First Name:                                           Middle Name:

Mailing Address:

Apartment/Suite Number:

Is the address located in US, Canada or Other?

US
Canada
Other

City:

Zip/Postal Code:

Email Address:

Please select which type of phone number you will be providing.

US/Canadian
Non-US/Canadian

Relation of contact to you (select one):

Relative
Lawyer
Other legal representative
Other

## C. INFORMATION ABOUT ANYONE HELPING YOU IN PREPARING THIS FORM:

Has someone helped you fill out this Application? (Note: you do not need to provide information about help you received from this program's 1-800 number.)

No. If no, skip to STEP 2.

Yes. If yes, provide their information:

**NOTE: PREPARERS, INCLUDING GUARDIANS, MUST SIGN THE APPLICABLE CERTIFICATIONS IN STEP 10.**

Last Name:                                First Name:

Firm Name, if applicable:

Mailing Address:

Apartment/Suite Number:

Is the address located in US, Canada or Other?

US

Canada

Other

City:

Zip/Postal Code:

Email Address:

Please select which type of phone number you will be providing.

US/Canadian

Non-US/Canadian

Type of helper (select one):

Lawyer

Other legal representative

Technical assistance provider

Legal guardian (You **must** provide documentation of your appointment as a legal guardian)

Other

## Supporting Documentation Requests

Please indicate whether you will provide the below listed document.

You **must** provide proof that you are a legal guardian. Submit the following:

Guardianship order by a court with jurisdiction

# STEP 2: Type of Applicant

## A. WHAT TYPE OF APPLICANT ARE YOU?

Please select the choice that best describes you *(Choose only one):*

**Please be advised** that your selection below will impact which options are available to you in STEP 2 as well as STEP 4. Please read the below options carefully before making your selection. Additionally, if you change your response to this question after you have begun capturing information in either STEP 2 or STEP 4, your information will be removed.

   Self, and I was the only USDA farm loan borrower or would-be borrower. (You don't need to fill out the rest of STEP 2. Skip to STEP 3.)

   Self, and I had a co-borrower (e.g., a spouse or some other person). (Fill out Part B below)

   Self, and I participated in USDA farm lending as a member of an entity. (Fill out Part C below)

   I am the debtor for assigned/assumed debt that is the subject of this Application, and I do not have any co-borrowers. (Fill out Part D below)

   I am the debtor for assigned/assumed debt that is the subject of this Application, and I have co-borrower(s). (Fill out Parts B and D below)

## B. INFORMATION ABOUT THE CO-BORROWER(S):

Provide information about all co-borrowers to your USDA farm lending loan. Please do not provide your information in this part, rather, only provide information for any co-borrower(s), as applicable.

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your co-borrowers, you **may** provide one or more of the following loan documents that list them. For example:

   FSA-2001                    Mortgage deed, if it lists co-borrowers

   Promissory note            Other

1. How many total co-borrower(s) (not including yourself) are there?

You may provide information for up to 5 co-borrower(s) with the online application. How many total co-borrower(s) will you provide?

Please fill out the information below for the first five co-borrowers. If there are more than five co-borrowers, please provide the template

Check here to indicate you will separately provide information for *more than* 5 co-borrowers on your USDA farm lending loan.

## C. INFORMATION ABOUT THE ENTITY:

If your participation in a USDA farm loan program was as a "member" of an entity (for example, a corporation or a formal partnership), you **must** provide information about that entity, and your and other members' interest in it.

Provide information about all entities that you were a member of that participated in USDA farm loan programs.

1. How many total entities are there?

6

You may provide information for up to 6 entities with the online application. How many total entities will you provide?

6

Please fill out the information below for the first 6 entities. If there are more than 6 entities, please attach the template with the additional entities' information in the same format as requested below.

Check here to indicate you will separately provide information that you were a member of more than 6 entities that participated in USDA farm loan programs.

## Entity 1

Identifying information for the entity that participated in USDA farm loan programs

Entity Name:

SFE Land and Cattle Co. Inc.

# Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document the name of the entity or alternative business names, you **may** submit:

☐ Tax document reflecting name of entity.

☐ Other similar document issued by a government (federal, state, local, tribal) reflecting name of the entity (please specify the document type or title):

Mailing Address:

P.O. Box 422

Apartment/Suite Number:

Is the address located in US, Canada or Other?

US

Canada

Other

City:

Arlington

State/Territory:

TN

Zip/Postal Code:

37014

Entity Taxpayer Identification Number:

84-4678061

# Supporting Documentation Requests

Please indicate which of the below documents you will provide with your Application. Select all that apply.

To document the entity taxpayer identification number (TIN), you **must** submit documentation of the ID number, such as:

An IRS-generated tax form that includes the name of the entity and the TIN

Any other business record that includes the name of the entity and the TIN (please specify the document type or title):

State of Registration:

TN

Registration Number:

001135276

List all alternative business names, and the years in which they were used

Name: _____ Years: _____

Name: _____ Years: _____

Name: _____ Years: _____

Name: _____ Years: _____

Name: _____ Years: _____

Name: _____ Years: _____

Name: _____ Years: _____

3. What was your percentage of interest in the entity when the discrimination occurred:

% 100.00

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide your Application. Select all that apply.*

If your participation in a USDA farm loan program was as a "member" of an entity, your Application would be stronger if you provide documentation of the extent of **both** your ownership interest, and that of other members, such as:

☐ FSA 2001

Other documents that contain information on the members and their percentage interest, for example:

☐ Tax returns

☐ Loan documents

☐ Bills

☐ Partnership or other entity paperwork

☐ Articles of incorporation

☐ Other

4. Are there other entity members?

☐ No. If no, skip to STEP 3.

☐ Yes. If yes, provide the information below for each entity member:

5. How many other entity members (not including yourself) are there?:

You may provide information for up to 6 other entity members with the online application. How many total other entity members will you provide?

Please fill out the information below for the first 6 entity members. If there are more than 6 entity members, please attach the template with the additional entity members' information in the same format as requested below.

☐ Check here to indicate you will separately provide information for more than 6 other entity members.

# Entity 2

Identifying information for the entity that participated in USDA farm loan programs

Entity Name:

The Soul Food Exchange Inc.

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document the name of the entity or alternative business names, you **may** submit:

Tax document reflecting name of entity.

Other similar document issued by a government (federal, state, local, tribal) reflecting name of the entity (please specify the document type or title):

Mailing Address:

P.O. Box 422

Apartment/Suite Number:

Is the address located in US, Canada or Other?

US

Canada

Other

City:

Arrington

State/Territory:

TN

Zip/Postal Code:

37014

Entity Taxpayer Identification Number:

84-4028669

# Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document the entity taxpayer identification number (TIN), you **must** submit documentation of the ID number, such as:

An IRS-generated tax form that includes the name of the entity and the TIN

Any other business record that includes the name of the entity and the TIN (please specify the document type or title):

Registration Number:

001067959

State of Registration:

TN

List all alternative business names, and the years in which they were used

Name:                                                                    Years:

Name:                                                                    Years:

Name:                                                                    Years:

Name:                                                                    Years:

Name: _____ Years: _____

Name: _____ Years: _____

Name: _____ Years: _____

3. What was your percentage of interest in the entity when the discrimination occurred:

_____% 100.00

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

If your participation in a USDA farm loan program was as a "member" of an entity, your Application would be stronger if you provide documentation of the extent of **both** your ownership interest, and that of other members, such as:

FSA-2001

Other documents that contain information on the members and their percentage interest, for example:

☐ Tax returns ☐ Partnership or other entity paperwork

☐ Loan documents ☐ Articles of incorporation

☐ Bills ☐ Other

4. Are there other entity members?

☐ No. If no, skip to STEP 3.

☐ Yes. If yes, provide the information below for each entity member:

5. How many other entity members (not including yourself) are there?: _____

You may provide information for up to 6 other entity members with the online application. How many total other entity members will you provide?

Please fill out the information below for the first 6 entity members. If there are more than 6 entity members, please attach the template with the additional entity members' information in the same format as requested below.

Check here to indicate you will separately provide information for more than 6 other entity members.

## Entity 3

Identifying information for the entity that participated in USDA farm loan programs

Entity Name:

The Cowtown Foundation Inc.

# Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document the name of the entity or alternative business names, you **may** submit:

Tax document reflecting name of entity.

Other similar document issued by a government (federal, state, local, tribal) reflecting name of the entity (please specify the document type or title):

Mailing Address:

P.O. Box 422

Apartment/Suite Number:

Is the address located in US, Canada or Other?

US
Canada
Other

City: Arrington

State/Territory:

TN

Zip/Postal Code:

37014

Entity Taxpayer Identification Number:

26-1966192

# Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document the entity taxpayer identification number (TIN), you **must** submit documentation of the ID number, such as:

An IRS-generated tax form that includes the name of the entity and the TIN

Any other business record that includes the name of the entity and the TIN (please specify the document type or title):

State of Registration:

TN

Registration Number:

List all alternative business names, and the years in which they were used

Name:

Years:

Name: _____    Years: _____

Name: _____    Years: _____

Name: _____    Years: _____

Name: _____    Years: _____

Name: _____    Years: _____

Name: _____    Years: _____

3. What was your percentage of interest in the entity when the discrimination occurred:

_____ % 100.00

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

If your participation in a USDA farm loan program was as a "member" of an entity, your Application would be stronger if you provide documentation of the extent of **both** your ownership interest, and that of other members, such as:

☐ FSA-2001

Other documents that contain information on the members and their percentage interest, for example:

☐ Tax returns                    ☐ Partnership or other entity paperwork

☐ Loan documents                 ☐ Articles of incorporation

Bills

Other

c. Are there other entity members?

No. If no, skip to STEP 3.

Yes. If yes, provide the information below for each entity member:

d. How many other entity members (not including yourself) are there?:

You may provide information for up to 6 other entity members with the online application. How many total other entity members will you provide?

Please fill out the information below for the first 6 entity members. If there are more than 6 entity members, please attach the template with the additional entity members' information in the same format as requested below.

Check here to indicate you will separately provide information for more than 6 other entity members.

## Entity 4

Identifying information for the entity that participated in USDA farm loan programs

Entity Name:

Start Your Dreams Inc.

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document the name of the entity or alternative business names, you **may** submit:

Tax document reflecting name of entity.

Other similar document issued by a government (federal, state, local, tribal) reflecting name of the entity (please specify the document type or title):

Mailing Address:

P.O. Box 422

Apartment/Suite Number:

Is the address located in US, Canada or Other?

US

Canada

Other

City:

Arlington

State/Territory:

TN

Zip/Postal Code:

37014

Entity Taxpayer Identification Number:

20-2234787

# Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document the entity taxpayer identification number (TIN), you **must** submit documentation of the ID number, such as:

An IRS-generated tax form that includes the name of the entity and the TIN

Any other business record that includes the name of the entity and the TIN (please specify the document type or title):

State of Registration:

TN

Registration Number:

000499749

List all alternative business names, and the years in which they were used

Name: _____ Years: _____

Name: _____ Years: _____

Name: _____ Years: _____

Name: _____ Years: _____

Name: _____ Years: _____

Name: _____ Years: _____

Name: _____ Years: _____

3. What was your percentage of interest in the entity when the discrimination occurred:

% 100.00

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

If your participation in a USDA farm loan program was as a "member" of an entity, your Application would be stronger if you provide documentation of the extent of **both** your ownership interest, and that of other members, such as:

FSA-2001

Other documents that contain information on the members and their percentage interest, for example:

Tax returns                                    Partnership or other entity paperwork

Loan documents                                 Articles of incorporation

Bills                                          Other

## 4. Are there other entity members?

No. If no, skip to STEP 3.

Yes. If yes, provide the information below for each entity member:

## 5. How many other entity members (not including yourself) are there?:

You may provide information for up to 6 other entity members with the online application. How many total other entity members will you provide?

Please fill out the information below for the first 6 entity members. If there are more than 6 entity members, please attach the template

Check here to indicate you will separately provide information for more than 6 other entity members.

## Entity 5

Identifying information for the entity that participated in USDA farm loan programs

Entity Name:

Lil Cowtown Ranch and Rodeo Inc

# Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document the name of the entity or alternative business names, you **may** submit:

Tax document reflecting name of entity.

Other similar document issued by a government (federal, state, local, tribal) reflecting name of the entity (please specify the document type or title):

**Mailing Address:**

P.O. Box 422

**Apartment/Suite Number:**

**Is the address located in US, Canada or Other?**

US
Canada
Other

**City:**

Arlington

**State/Territory:**

TN

**Zip/Postal Code:**

37014

**Entity Taxpayer Identification Number:**

69-0009843

# Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document the entity taxpayer identification number (TIN), you **must** submit documentation of the ID number, such as:

An IRS-generated tax form that includes the name of the entity and the TIN

Any other business record that includes the name of the entity and the TIN (please specify the document type or title):

State of Registration:

TN

Registration Number:

List all alternative business names, and the years in which they were used

Name: _____ Years: _____

Name: _____ Years: _____

Name: _____ Years: _____

Name: _____ Years: _____

Name: _____ Years: _____

Name: _____ Years: _____

Name: _____ Years: _____

3. What was your percentage of interest in the entity when the discrimination occurred:

_____ % 100.00

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

If your participation in a USDA farm loan program was as a "member" of an entity, your Application would be stronger if you provide documentation of the extent of **both** your ownership interest, and that of other members, such as:

FSA-2001

Other documents that contain information on the members and their percentage interest, for example:

Tax returns

Loan documents

Bills

Partnership or other entity papework

Articles of incorporation

Other

4. Are there other entity members?

No. If no, skip to STEP 3.

Yes. If yes, provide the information below for each entity member:

5. How many other entity members (not including yourself) are there?:

You may provide information for up to 6 other entity members with the online application. How many total other entity members will you provide?

Please fill out the information below for the first 6 entity members. If there are more than 6 entity members, please attach the template with the additional entity members' information in the same format as requested below.

Check here to indicate you will separately provide information for more than 6 other entity members.

# Entity 6

Identifying information for the entity that participated in USDA farm loan programs

Entity Name:

The Hay Depot Inc.

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document the name of the entity or alternative business names, you **may** submit:

Tax document reflecting name of entity.

Other similar document issued by a government (federal, state, local, tribal) reflecting name of the entity (please specify the document type or title):

Mailing Address:

P.O. Box 422

Apartment/Suite Number:

Is the address located in US, Canada or Other?

US
Canada
Other

City:

Arrington

State/Territory:

TN

Zip/Postal Code:

37014

Entity Taxpayer Identification Number:

46-5426417

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document the entity taxpayer identification number (TIN), you **must** submit documentation of the ID number, such as:

An IRS-generated tax form that includes the name of the entity and the TIN

Any other business record that includes the name of the entity and the TIN (please specify the document type or title):

State of Registration:

KY

Registration Number:

List all alternative business names, and the years in which they were used

Name: _____ Years: _____

Name: _____ Years: _____

Name: _____ Years: _____

Name: _____ Years: _____

Name: _____ Years: _____

Name: _____ Years: _____

Name: _____ Years: _____

3. What was your percentage of interest in the entity when the discrimination occurred:

_____% 100.00

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

☐ If your participation in a USDA farm loan program was as a "member" of an entity, your Application would be stronger if you provide documentation of the extent of **both** your ownership interest, and that of other members, such as:

☐ FSA-2001

☐ Other documents that contain information on the members and their percentage interest, for example:

☐ Tax returns ☐ Partnership or other entity paperwork

☐ Loan documents ☐ Articles of incorporation

☐ Bills ☐ Other

4. Are there other entity members?

No. If no, skip to STEP 3.

Yes. If yes, provide the information below for each entity member:

5. How many other entity members (not including yourself) are there?

You may provide information for up to 6 other entity members with the online application. How many total other entity members will you provide?

Please fill out the information below for the first 6 entity members. If there are more than 6 entity members, please attach the template with the additional entity members' information in the same format as requested below.

☐ Check here to indicate you will separately provide information for more than 6 other entity members.

# D. ASSIGNED/ASSUMED DEBT:

If this Application for financial assistance involves assigned or assumed debt, provide information about the Original Borrower.

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

If this Application for financial assistance involves assigned or assumed debt, you **may** provide documentation demonstrating the assignment or the assumption of that debt from the original borrower to yourself, such as:

☐ Copy of loan or mortgage assignment or assumption          ☐ Other

### Information about the Original Borrower:

Was the original borrower an individual or an entity?

☐ Individual
☐ Entity

Mailing Address:

Apartment/Suite Number:

City:

Is the address located in US, Canada or Other?

US

Canada

Other

Zip/Postal Code:

Date of Birth:

Please provide the original borrower's Social Security Number, if they have one:

Please provide the original borrower's Individual Taxpayer Identification Number, if they have one:

Please provide the original borrower's Entity Taxpayer Identification Number, if they have one:

Please list any other name that the original borrower used or did business with USDA under (e.g., maiden name):

Last (including suffix) or Name of Entity                First Name:

Last (including suffix) or Name of Entity                First Name:

# STEP 3: Eligibility for this Program as a Farmer or Rancher

Have you ever been a farmer or rancher?

Yes. Fill out Part A, below, if you have ever been a farmer or rancher.

No. Fill out Part B, below, if you intended to become a farmer or rancher, but were unable to do so because you were discriminatorily denied access to a USDA farm loan program.

## A. FOR APPLICANTS WHO ARE OR WERE FARMERS OR RANCHERS:

1. Did you own or lease your farmland during the period of discrimination?

Own

Lease

Both Owned and Leased

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document that you owned your farm or ranch, you **must** submit at least one of the following:

Deed                                    Property tax records

Producer farm report indicating OWNER    Other

2. Where is the farmland that you owned or leased during the period of discrimination located?

Street address (or crossroads or other verifiable description, if there is no street address):

2307 New Cut Rd.

City:                                   State/Territory:

Alvaton                                 KY

Zip code:                               County:

3. What are the FSA Farm Number(s) or FSA Farm Tract Number(s) for farmland that you owned or leased during the period of discrimination?

(Note: the FSA Farm or Farm Tract Number will assist in processing your application, but if you didn't have one or no longer know what it was, that is not disqualifying.)

a. How many FSA Farm Number(s) will you provide?

1

FSA Farm Number 1

10549

b. If you had FSA Farm Tract Number(s), list them here:

How many FSA Farm Tract Number(s) will you provide?

1

FSA Farm Tract Number 1

13829

# Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document the location of your farming or ranching operation, it is sufficient to provide the FSA Farm Number (Question 3), FSA Farm Tract Number (Question 3) or FSA Farm Loan Number (STEP 4). If you don't have any of those, you **may** submit at least one of the following:

Deed

Marketing or other business materials that include the name of the operation and its address

Property tax records

Land Survey

Other

4. What years did you farm or ranch? (e.g., 1995-2015)

2007-2014

5. What is/was the name of your farm or ranch that you owned or leased during the period of discrimination?

Lil' Cowtown Ranch and Rodeo Inc.

6. In a few sentences, please describe your farm or ranch during the period of discrimination:

72 acres cow/calf operation

7. What were your main crops or livestock during the period of discrimination?

Beef cattle

8. What was your **one** main crop or livestock type (in terms of revenue) during the period of discrimination?

beef cattle

**Questions 9, 10, and 11 are ONLY for individuals who did not have an FSA Farm Number (Question 3), an FSA Farm Tract Number (Question 3), or an FSA loan number (STEP 4):**

We ask the questions that follow in order to help you establish that you were, in fact, a farmer or rancher. Your answers to these questions are not part of our evaluation whether discrimination occurred.

9. If you are unable to provide an FSA Farm Number, an FSA Farm Tract Number, or an FSA Loan Number, please explain why not.

# Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document that you had a farming or ranching operation, it is sufficient to provide the FSA Farm Number (Question 3), FSA Farm Tract Number (Question 3) or FSA Farm Loan Number (STEP 4).

If you don't have any of those, you **may** submit:

Lease that demonstrates farm operation

IRS 1040 Schedule F

State Agricultural Land Valuation documentation

Statement under penalty of perjury from a non-family member who knew you were a farmer at the time of the discrimination, describing your operations and how they have knowledge of your operation

Documentation of membership in farm organizations

Financial records (bills, receipts for supplies or equipment, evidence of farm program participation, evidence of payment to the farm by third parties)

Records reflecting farm ownership from third party farm suppliers

Other

10. Have you ever participated in or received benefits from a USDA farm program?

No. If no, proceed to the next question.
Yes. If yes, select all boxes that apply:

I receive or received FSA Program payments or NRCS program payments.

From what program(s):

I have an existing farm producer account in www.farmers.gov (FSAFarm+)

Other

please specify:

C11. If you are unable to provide an FSA Farm Number, an FSA Farm Tract Number, or an FSA Loan Number, please provide any other evidence that you were a farmer or rancher. See sidebar for possible documentation.

## B. FOR APPLICANTS WHO NEVER FARMED, BUT WHO WOULD HAVE OPERATED A FARM OR RANCH IF THEY HAD RECEIVED A LOAN THROUGH A USDA FARM LOAN PROGRAM:

Fill out this part only if you have never farmed, but:

- you intended to farm, and
- you attempted to obtain a USDA farm loan, for which you were qualified, and
- you were not able to obtain a USDA farm loan because of discrimination by USDA in its farm loan programs.

The questions in this part are where you can establish that you did attempt to farm. For each question, you should provide additional documentation if it is available. (Your efforts to obtain a USDA loan are covered in STEP 4; the discrimination is covered in STEP 5.)

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your plans, you **may** provide any supportive documentation. For this part, more documentation would be helpful to your Application. For example:

Your business plan

Your loan application

A statement under penalty of perjury from a non-family member who knew your plans, describing those plans and how they have knowledge of your attempt

Documentation of farm-related employment

Your marketing plan

Receipts from relevant purchases or equipment leases

Documentation of farm-related education

Other

1. Did you plan to buy or lease the land you intended to farm?

Buy

Lease

2. Please describe in detail the farmland you intended to buy or lease, providing as much of the information below as you can.

a. If the farmland had FSA Farm Tract Number(s), provide them here:

How many FSA Farm Tract Number(s) will you provide?

b. Land location (required):

Street address (or crossroads or other verifiable description, if there is no street address)

City:                                          State:

Zip code:                                      County:

c. Number of acres you intended to buy or lease:

d. Things you did to prepare to farm, including education or other activities:

e. Investments you made to prepare to farm:

f. Types of crops (including trees) you intended to plant and harvest:

g. Types of livestock you intended to raise:

h. Describe specifically any farming equipment you bought, leased, or otherwise obtained :

What were your marketing plans for the crops you intended to produce and the livestock you intended to raise? (That is, how did you plan to sell the crops/livestock, and to whom?)

Provide any other details that demonstrate that you intended to farm or ranch:

# STEP 4: Eligibility for this Program as a Borrower or Attempted Borrower in a USDA Farm Loan Program

★ 1. If you directly experienced discrimination, what type of USDA farm loan program did you participate in or attempt to participate in during the period of discrimination?

**(Select all that apply)**

    Check here if you participated in direct lending (Fill out Part A, below)

    Check here if you participated in guaranteed lending (Fill out Part B, below)

    Check here if you attempted to participate in direct lending (Fill out Part C, below)

    Check here if you attempted to participate in guaranteed lending (Fill out Part D, below)

2. If you have assumed or assigned debt, what type of USDA farm loan program covered that debt during the period of discrimination?

**(Select all that apply)**

    Check here if your assumed or assigned debt comes from direct lending (Fill out A, below)

    Check here if your assumed or assigned debt comes from guaranteed lending (Fill out B, below)

NOTE: If your Application is based on guaranteed lending, please note that only discrimination by USDA is covered by this program.

## A. IF YOU OR THE ORIGINAL BORROWER PARTICIPATED IN DIRECT LENDING, ANSWER THE FOLLOWING QUESTIONS:

Please provide the following information regarding your loan(s), if available:

1. How many FSA Farm Loan Number(s) will you provide?

## Supporting Documentation Requests for Borrowers

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your participation in USDA Farm Lending if you **do NOT have an FSA Farm Loan number**, you **must** provide at least one of the following:

Loan documentation (e.g. USDA loan application or agency letters indicating loan approval)

Promissory note that you signed at the beginning of the loan

Proof of loan payments made (canceled checks or bank statements showing payments were made)

Other

2. Type of loan (Select all that apply):

Farm Ownership Loan (FO)

Farm Storage Facility Loan (FSFL)

Farm Operating Loan (OL)

Economic Emergency (EE)

Conservation Loan (CL)

Soil and Water (SW)

Microloan (ML)

Grazing

Emergency Loan (EM)

Softwood Timber (ST)

Youth Loan (YL)

3. Total original amount of all USDA direct farm loans, during the period of discrimination:

$

4. Approximate amount of debt owed currently (principal and interest) on your USDA direct farm loan(s):

$

5. Approximate total of all payments made to date on your USDA direct farm loan(s):

$

## B. IF YOU OR THE ORIGINAL BORROWER PARTICIPATED IN GUARANTEED LENDING, ANSWER THE FOLLOWING QUESTIONS:

Please provide the following information regarding your loan(s), if available:

1. Guaranteed Loan Bank Name:

2. Bank Loan Number(s):

3. How many FSA Farm Loan Number(s) will you provide?

## Supporting Documentation Requests for Borrowers

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your participation in USDA Farm Lending if you **do NOT have an FSA Farm Loan number**, you **must** provide at least one of the following:

Loan documentation (e.g. USDA loan application or agency letters indicating loan approval)

Proof of loan payments made (canceled checks or bank statements showing payments were made)

Promissory note that you signed at the beginning of the loan

Other

4. Type of loan (Select all that apply):

Farm Ownership Loan (FO)

Economic Emergency (EE)

Farm Operating Loan (OL)

Emergency Livestock (EL)

Conservation Loan (CL)

5. Total original amount of all USDA guaranteed farm loans, during the period of discrimination:

$

6. Approximate amount of debt owed currently (principal and interest) on your USDA guaranteed farm loan(s):

$

7. Approximate total of all payments made to date on your USDA direct farm loan(s):

$

# C. IF YOU TRIED TO PARTICIPATE IN DIRECT LENDING, BUT YOU COULD NOT BECAUSE OF DISCRIMINATION:

1. Please select your citizenship status at the time you tried to participate in direct lending:

U.S. citizen

U.S. non-citizen national (a person born in American Samoa or Swains Island on or after the date the U.S. acquired American Samoa or Swains Island, or a person whose parents are U.S. noncitizen nationals)

Qualified alien as identified in Section 401 of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA) (8 U.S.C. Section 1611). This includes lawful permanent residents and others identified at p. 280 of https://www.fsa.usda.gov/Internet/FSA_File/3-flp_r02_a39.pdf

## Supporting Documentation Requests for Attempted Borrowers

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your citizenship status at the time you **attempted** to participate in a USDA Farm Lending Program, you **must** provide documentation if you were not a citizen:

Documentation described in Exhibit 9 of the FSA Handbook: Direct Loan Making (pdf page 299).

If you were a Qualified Alien as defined under PRWORA (8 U.S.C. 1641), you **must** provide either:

BCIS Form I-551 (commonly known as a "green card")

Other documentation described in Exhibit 8 of the FSA Handbook: Direct Loan Making (pdf page 295).

★ 2. What type of USDA farm loan did you seek? (Select all that apply)

Farm Ownership Loan (FO)

Farm Storage Facility Loan (FSFL)

Farm Operating Loan (OL)

Economic Emergency (EE)

Conservation Loan (CL)

Soil and Water (SW)

Microloan (ML)

Grazing

Emergency Loan (EM)

Softwood Timber (ST)

Youth Loan (YL)

3. Describe the steps you took to try to get a loan:

Called the county office and they said that I was not eligible for any more loans until the agency resolved the pending discrimination complaints. The Office for Civil Rights and the ALJ never resolved my complaints. The APA prescribes a 180 day period and it's been 16 years.

## Supporting Documentation Requests for Attempted Borrowers

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your attempt to participate in direct or guaranteed USDA Farm Lending, you **may** provide any available documentation, such as:

FSA-2211 (Application for Guarantee)

Loan application

Receipt for service

Statement under penalty of perjury by a non-relative explaining how you attempted to participate in USDA direct or guaranteed lending, and how they have knowledge of your attempt.

Agency letter(s) relating to the loan

Prior complaint by you, in a court or to USDA

Letter or other document by a non-relative, close in time to the event, explaining how you attempted to participate in USDA direct or guaranteed lending.

Other

4. What was the amount of the loan you sought?

$ 550,000

5. When did you try to get a USDA farm loan?

2011

6. Who did you speak to at USDA (including FSA) about this loan? (If you have this information):

a. Name(s)/title/position:

Bryan Denison

b. Office type and location:

Warren County Kentucky

7. Was a decision made on your loan application?

No

Yes. If yes, please complete 7a and 7b below:

a. What decision was made ?

b. To the best of your knowledge, when was the decision made?

## D. IF YOU TRIED TO PARTICIPATE IN GUARANTEED LENDING, BUT YOU COULD NOT BECAUSE OF DISCRIMINATION:

1. Please select your citizenship status at the time you tried to participate in guaranteed lending:

U.S. citizen

U.S. non-citizen national (a person born in American Samoa or Swains Island on or after the date the U.S. acquired American Samoa or Swains Island, or a person whose parents are U.S. noncitizen nationals)

Qualified alien as identified in Section 401 of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA) (8 U.S.C. Section 1611). This includes lawful permanent residents and others identified at p. 280 of https://www.fsa.usda.gov/Internet/FSA_File/3-flp_r02_a39.pdf

## Supporting Documentation Requests for Attempted Borrowers

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your citizenship status at the time you **attempted** to participate in a USDA Farm Lending Program, you **must** provide documentation if you were not a citizen:

Documentation described in Exhibit 9 of the FSA Handbook: Direct Loan Making (pdf page 299).

If you were a Qualified Alien as defined under PRWORA (8 U.S.C. 1641), you **must** provide either:

BCIS Form I-551 (commonly known as a "green card")

Other documentation described in Exhibit 8 of the FSA Handbook: Direct Loan Making (pdf page 295).

2. What type of financing did you seek through a USDA farm loan program?

Farm Ownership Loan (FO)

Economic Emergency (EE)

Farm Operating Loan (OL)

Emergency Livestock (EL)

Conservation Loan (CL)

3. Describe the steps you took to attempt to get a loan:

## Supporting Documentation Requests for Attempted Borrowers

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your attempt to participate in direct or guaranteed USDA Farm Lending, you **may** provide any available documentation, such as:

Loan application

FSA-2211 (Application for Guarantee)

Receipt for service

Sworn statement by a non-relative explaining how you attempted to participate in USDA direct or guaranteed lending, and how they have knowledge of your attempt.

Agency letter(s) relating to the loan

Prior complaint by you, in a court or to USDA

Letter or other document by a non-relative, close in time to the event, explaining how you attempted to participate in USDA direct or guaranteed lending.

Other

To document your attempt to participate in guaranteed USDA Farm Lending, you **must also** (in addition to documents referenced immediately above) provide at least one of the following:

Loan decision or conditional loan decision by the bank

FSA-2211 (Application for Guarantee)

Correspondence with the USDA, FSA, or lending institution regarding status updates, requests for further information, or decisions on your application

Other

4. What was the amount of the loan you sought?

$

5. When did you seek this financing from a bank?

6. From what bank?

7. Who did you speak to at USDA (including FSA) about this loan? (If you have this information):

   a. Name(s)/title/position:

   b. Office type and location:

8. Was a decision made on your loan application by the bank?

   No

   Yes. If yes, please complete 8a through 8c below:

   a. What decision was made by the bank?

   b. To the best of your knowledge, when was the decision made?

   c. If you do not have documentation of a bank decision, how did you know the outcome of the bank's decision on your loan application?

9. Was a decision made on your participation in USDA guaranteed lending by USDA/FSA?

   No

   Yes. If yes, please complete 9a and 9b below:

   a. What decision was made by USDA/FSA?

   b. To the best of your knowledge, when was the decision made?

# STEP 5: Discrimination in USDA Farm Loan Programs

This part of the Application asks you to describe the actions you believe USDA took against you in administration of a USDA farm loan program, because of your:

- race
- color
- national origin or ethnicity
- sex
- sexual orientation
- gender identity
- religion
- age
- marital status
- disability
- reprisal/retaliation for prior civil rights activity

Covered discrimination could include, for example: failure to provide appropriate assistance; delay in processing loan or loan servicing application; denial of a loan or loan servicing; prevention from applying for a loan or loan servicing; adverse loan terms; unduly onerous supervision of loan requirements—where these were due to discrimination.

## A. BASIS OF DISCRIMINATION:

1. Please indicate the basis of the discrimination by USDA

Select all that apply and note information as of the time of the instance(s).

NOTE: For each category, if the discrimination was on the basis of perceived (rather than actual) status or identity, please explain in question 2, below.

a. Race:

No

Yes

&starf; If yes, please specify your race: (Select all that apply):

American Indian or Alaska Native

Asian

Black / African American

Native Hawaiian / Other Pacific Islander

White

Other

Please specify:

Color:

No

Yes. If yes, please specify your color

National Origin (including ethnicity):

No

Yes

If yes, please specify your national origin and/or ethnicity

Hispanic or Latino

Other

Please specify:

Sex:

No

Yes

Male

Female

Non Binary

e. Sexual Orientation (e.g., the status of being gay or lesbian):

No

Yes. If yes, please specify your sexual orientation

f. Gender Identity (e.g., the status of being transgender):

No

Yes. If yes, please specify your gender identity

g. Religion:

No

Yes. If yes, please specify your religion

h. Age:

No

Yes. If yes, please specify your age

i. Marital Status:

No

Yes. If yes, please specify your marital status

j. Disability:

No

Yes. If yes, please specify your disability

k. Reprisal or retaliation for prior civil rights activity:

No

Yes. If yes, please specify the prior civil rights activity for which you are asserting reprisal or retaliation

The agency is still discriminating against me for my advocacy work with the Cowtown Foundation Inc.

## Supporting Documentation Requests

Please indicate which of the below documents you will provide with your Application. Select all that apply.

American Indian/Alaska Native means any citizen of the United States who can document membership in a federally or state recognized tribe, band, nation, or community, including any Alaska Native village or regional or village corporation (as established in the Alaska native Claims Settlement Act), or membership in a group that has requested federal recognition. A "federally recognized tribe" is one recognized as eligible for the special programs and services provided by the United States to Indians because of their status as Indians. A "state recognized tribe" is one formally recognized as an Indian tribe by a State legislature or other similar organization vested with State tribal recognition authority.

To document your American Indian/Alaska Native status, you **must** provide either:

An identification card issued by the federal government or a federally recognized tribal government stating that the applicant is a member of an American Indian tribe, **OR**

A letter or statement from the tribal government that states that the applicant is a member of the American Indian tribe

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

If the type of discrimination you experienced was reprisal or retaliation for prior civil rights activity you **may** provide available documentation of the prior civil rights activity, for example:

Prior complaint, or a response to it

Other

2. If any of the discrimination listed in question 1 was on the basis of perceived (rather than actual) status or identity, please explain here:

# B. DETAILS REGARDING ANY AND ALL INSTANCES OF DISCRIMINATION THAT OCCURRED:

Please tell us, specifically, how you believe USDA discriminated against you in farm loan programs

Number of instances of discrimination by USDA prior to January 1, 2021

You may provide information for up to 10 instances of discrimination with the online application. How many total instances of discrimination will you provide?

1

Please fill out the information below for the first 10 instances of discrimination. If there are more than 10 instances of discrimination, please attach the template with the additional instances of discrimination information in the same format as requested below.

Check here to indicate you will provide details for *more than* 10 instances of discrimination.

## Instance 1

a. Describe this instance of discrimination by USDA:

Failure to resolve discrimination complaint in 2008

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your allegations of discrimination, **may** provide:

Any documentation you possess of a complaint or assertion of discrimination that was close in time to the events. (e.g. complaint itself or a response to it)

Communications with the USDA (including FSA), or lending institution that include any discriminatory statements, including any available name, title, or position details of the representatives that made such statements

Statement under penalty of perjury from a non-family member and how they have knowledge of the discrimination

Other

b. Describe why you think you were eligible for the loan or loan action you requested. (For example, describe your education, farm experience, farm loan history, credit, collateral, how you met the financial requirements or program requirements for obtaining the requested loan or loan action; etc.):

foia request showed that the usda devalued my land so that I could not get a loan subordination. The USDA paid 90 percent of a direct loan in October of 2022, the deficit over the last 16 years cause me not be eligible for grants and further financial assistance pursuant 7 cfr 3550.013.

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your eligibility for the requested loan or loan action, you **may** provide any pertinent documentation, including, for example

Agricultural education

Farm work experience

Farm loan history

Credit

Collateral

Statement under penalty of perjury from a non-family member and how they have knowledge of the discrimination

Please specify the document type or title

Affidavit

Other documents that demonstrate that you met the financial requirements or program requirements for obtaining the requested loan or loan action

★ c. Describe the basis of this discrimination:

race

color

national origin or ethnicity

sex

gender identity

sexual orientation

religion

age

marital status

disability

reprisal or retaliation for prior civil rights activity

d. What happened that makes you believe USDA's actions were discriminatory? (For example, something that was said, or how others were treated in similar circumstances, or any other facts that suggest that discrimination occurred.)

2011 the ALJ stated that there was nothing in the record that indicated that the agency terminated my financial assistance. A foia request in 2023 revealed that the agency terminated my guaranteed loan in 2010.

e. When and where did you experience discrimination?

| Date | Location |
|------|----------|
| 2011 | Washington |

Administrative Law Judge

f. What type of location was this? (e.g., county office, farm)

Administrative Law Judge

g. What were the reasons given (if any) for the discriminatory action you are describing?

no reasons given

h. Who committed this act of discrimination against you? Please include as much information as you can about the individual(s) involved, including whatever you know about their name, title, position, etc.:

Administrative Law Judge

i. Did anyone else observe the discrimination or otherwise become aware of the discriminatory action against you? Please tell us who, and how they learned about this discrimination?

no

Is there any other information that you feel supports your claim that this instance of discrimination occurred?

# STEP 6: Losses from Discrimination for Applicants Who Have Operated a Farm or Ranch

**In this STEP, we ask farmers and ranchers about the losses you experienced as a result of discrimination in a USDA farm loan program.**

1. Have you ever been a farmer or rancher?

   No. If no, proceed to STEP 7.

   Yes. If yes, complete this STEP.

2. Did you lose any agricultural land you **owned** because of the discrimination you described in STEP 5?

   No. If no, proceed to the next question.

   Yes. If yes, please complete 2a through 2d below:

2a. Describe the circumstances of the loss

   The USDA failed to enforce a guarantee loan. Allowed the private lender to keep all the money as a second lien holder and then requested that I pay the $180,000 direct loan.

2b. When did the loss occur?

   2014

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document loss of agricultural land that you owned, you **may** provide any documentation you have of the loss of land, including how much land was lost, such as:

   Foreclosure notice or order

   Other                                         Proof of sale if land was sold

2c. How many acres did you lose?

71

2d. At the time that you lost this owned agricultural land, how many other acres of agricultural land did you rent or own?

71

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document the number of farm/ranch acres you owned and the number of acres you lost, you **may** submit one of

Deed

Lease

Property tax document reflecting the size of the farm or ranch

A document previously presented to a federal or state agency reflecting size of the farm or ranch

Loan or other farm program document reflecting size of the farm or ranch

Business plan reflecting size of the farm or ranch

Other

3. If your home was used as collateral for the loan, did you lose your home because of the discrimination you described in STEP 5?

No. If no, proceed to the next question.

Yes. If yes, please complete 3a through 3c below:

3a. My home was used as collateral for the loan:

No

Yes

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document that your house was used as collateral for the loan, you **may** provide:

Loan documentation that indicates that the house was included in loan approval

Deed (showing the lien)

USDA Security Instrument

Other

2b. When did the loss occur?

2014

c. Describe what happened: (For example, was it the result of a foreclosure?)

was unable to receive any future financial assistance such as grants or loans due to the failure of the Usda to resolve my dissemination complaint pursuant 7cfr 3550.013

# Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document that your house was lost, you **may** provide:

Paperwork of sale of land

Quit Deed

Loan Servicing Letters

Foreclosure Notice

Other

4. Were any offsets, garnishments, or deficiency judgments imposed on you as a result of defaulting on your USDA farm loan or USDA foreclosing on your USDA farm loan?

No. If no, proceed to the next question.
Yes. If yes, please complete 4a through 4d below:

4a. When did the offsets, garnishments, or deficiency judgments occur?

4b. Describe the offsets, garnishments, or deficiency judgments:

4c. Describe the circumstances of the offsets, garnishments, or deficiency judgments?

Case 3:23-cv-00340  Document 56-16  Filed 03/13/24  Page 68 of 97  PageID #: 839

4d. What was the approximate value of the offsets, garnishments, or deficiency judgments. (Do not include within this calculation any losses reported in another part of this Application.)

$

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document any offsets, garnishments, or deficiency judgments imposed on you as a result of default or foreclosure on your farm loan, you **may** provide documentation if you have it:

Treasury Offset Letter                                        Deficiency judgments

Other

5. Did you have *other* economic loss, not already listed, because of the discrimination?

NOTE: Do not include anything covered by the above questions. If you lost land that you owned, do not include agricultural equipment; we will estimate it along with the value of the lost land. Your calculation of the loss **must** be provided (see Supporting Documentation Requests below)

No. If no, proceed to the next question.

Yes. If yes, please complete 5a through 5d below:

5a. When did the loss occur?

2008-2021

5b. Describe the loss:

was unable to receive any future financial assistance such as grants or loans due to the failure of the Usda to resolve my dissemination complaint pursuant 7cfr 3550.013

5c. Describe the circumstances of the loss:

was unable to receive any future financial assistance such as grants or loans due to the failure of the Usda to resolve my dissemination complaint pursuant 7cfr 3550.013

5d. What was the estimated value of the loss?

$ 25,000,000

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document any other economic losses, you **must** provide the following in PDF format:

Your calculations of the amount of the loss, specifying components of the loss with dates and amounts.

Additionally, your Application may be stronger if you also provide available documentation to support those calculations, for example:

Tax documents that show pre-loss revenue and profits                     Receipts

Business plans                                                            Other

6. Explain how the losses you experienced were the result of the discrimination you described in STEP 5:

was unable to receive any future financial assistance such as grants or loans due to the failure of the Usda to resolve my dissemination complaint pursuant 7cfr 3550.013

# STEP 7: Prior Claims, Complaints, and Appeals

You **must** complete this STEP if you received money or other relief for the **same** discriminatory conduct that is the subject of this Application, in Pigford 1, In Re Black Farmers Discrimination Litigation (BFDL) / Pigford 2, Keepseagle, Hispanic and Women Farmers and Ranchers Claims Resolution Process (HWFRCP) / Love / Garcia, or any other type of farm loan discrimination complaint or appeal.

Note: Participation in these prior matters does not disqualify you for participation in this program.

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

If you received money or other relief from Pigford 1, In Re Black Farmers Discrimination Litigation (BFDL or Pigford 2), Keepseagle, Hispanic and Women Farmers and Ranchers Claims Resolution Process (HWFRCP) or Love or Garcia, or from any other lawsuit, administrative claim, or appeal, you **may** provide such documentation of that money or other relief, such as:

Court or administrative documents. (e.g. lawsuit complaint, court order, judgment or decision).

Notifications of awards

Other

The program administrators have a full list of awards made under Pigford 1, In Re Black Farmers Discrimination Litigation (BFDL or Pigford 2), Keepseagle, Hispanic and Women Farmers and Ranchers Claims Resolution Process (HWFRCP) or Love or Garcia, so you do not need to ask USDA for this documentation, to provide it here.

1. Did you file a claim in any of following USDA claims resolution programs?

Pigford 1

No
Yes

In re Black Farmers Discrimination Litigation (BFDL or Pigford 2)

No
Yes

Case 3:23-cv-00340   Document 56-16   Filed 03/13/24   Page 70 of 97 PageID #: 841

Keepseagle

No

Yes

USDA Hispanic and Women Farmers and Rancher Claims Process (HWFRCP) or Love or Garcia

No

Yes

*If you answered Yes to filing a claim in at least one of the above USDA Claims Resolution Programs, please complete these questions:*

a. Did you receive a monetary award from any of the above USDA claims resolution programs?

If yes, how much?

$

Yes

No

Do not know

b. As a result of any of the above USDA claims resolutions programs, did you receive any relief of any USDA farm loan debt held prior to January 1, 2021?

If yes, how much?

$

Yes

No

Do not know

2. Have you received money or other relief as a party to any other lawsuit, administrative claim, or appeal against USDA, in which discrimination in USDA Farm loan programs was alleged, prior to January 1, 2021?

Yes, I received money or other relief.

No, I either have not participated in any other such matter, or I did not receive money or other relief.

I do not know

If no, or do not know, please skip to STEP 8.

If yes, please complete the remainder of STEP 7 below:

3. What type of action did you participate in?

A lawsuit

An administrative claim, complaint, or appeal made to USDA Office of the Assistant Secretary for Civil Rights

An administrative claim, complaint, or appeal made to USDA Office of Administrative Law Judge

An administrative claim, complaint, or appeal made to another party (specify below):

3. Please provide information about the lawsuit, claim, complaint, or appeal:

Case name:

Court or administrative tribunal/office:

Complaint number or proceeding number:

The lawyer(s) or law firm(s) that represented you in the matter, if any:

In which state(s) are the lawyer(s) or law firm(s) located?

Date filed:                                    Date ended:

5. What is the status of the lawsuit, claim, complaint, or appeal?

Decided in your favor

Settled

Do not know

6. Did you receive a monetary award from the lawsuit, claim,     If yes, how much?
complaint, or appeal?
                                                                  $

Yes

No

Do not know

7. Did you receive any other relief from the lawsuit, claim, complaint, or appeal?　　　　If Yes, describe below:

Yes

No

Do not know

9. Was the lawsuit, claim, complaint, or appeal based on the same conduct described in this Application?

Yes. If yes, please proceed to STEP 8:

No. If no, complete 8a and 8b below:

d. What allegations were made?

e. What findings (if any) resulted?

# STEP 8: Additional Information

If you wish to provide any additional information in support of your Application, please select the corresponding STEP of the Application below. For example, you can add additional details to any answers you have already provided, or if you feel that the questions have left out anything important, you can explain it here. Please be sure to reference the specific question within each STEP for which you are providing additional details, as applicable.

If the information provided here is a continuation of the questions above, then it may factor into the amount of financial assistance for which you are eligible. The prior steps of the Application are where program administrators will focus attention in determining amounts of financial assistance.

If you wish to provide any additional information about the discrimination you faced beyond a continuation of the questions above, please do so; this information will not affect the amount of financial assistance you receive, but it will help USDA to improve the equity of USDA farm loan programs for every farmer and rancher.

1. Do you wish to provide additional information in support of your Application?

No

Yes

2. Do you wish to provide additional information in response to question in STEP 1: About You?

No

Yes

Please provide additional information:

3. Do you wish to provide additional information in response to a question in STEP 2: Type of Applicant?

No

Yes

Please provide additional information:

4. Do you wish to provide additional information in response to a question in STEP 3: Eligibility for this Program as a Farmer or Rancher?

No
Yes

Please provide additional information:

5. Do you wish to provide additional information in response to a question in STEP 4: Eligibility for this Program as a Borrower or Attempted Borrower in a USDA Farm Loan Program?

No
Yes

Please provide additional information:

6. Do you wish to provide additional information in response to a question in STEP 5: Discrimination in USDA Farm Loan Programs?

No
Yes

Please provide additional information:

7. Do you wish to provide additional information in response to a question in STEP 6: Losses from Discrimination for Applicants Who Have Operated a Farm or Ranch?

No
Yes

Please provide additional information:

8. Do you wish to provide additional information in response to a question in STEP 7: Prior Claims, Complaints, and Appeals?

No
Yes

Please provide additional information:

9. If you wish to provide any additional information about the discrimination you faced beyond a continuation of the questions above, please do so; this information will not affect the amount of financial assistance you receive, but it will help USDA to improve the equity of USDA farm loan programs for every farmer and rancher. Do you wish to provide any additional information below?

No
Yes

Please provide additional information:

Check here to indicate you will provide additional supporting documentation not already identified within this Application.

# STEP 9: Taxpayer Information Request

## Taxpayer Information

Provide the W-9 (or W-8) form for the individual applicant identified in STEP 1 of this form. Please do not provide the tax form for any other people or entities involved in ownership of the property or in the loan.

★ **1. U.S. Citizens, U.S. Resident Aliens and U.S. Entities must** submit a completed IRS Form W-9.

☐ I am providing a completed IRS Form W-9.

★ **2. Non-U.S. Citizens, Non-U.S. Resident Aliens must** submit the appropriate completed IRS Form W-8BEN, W-8ECI, or Other W-8, as applicable. Please visit _irs.gov_ for information about and obtain a copy of each Form W-8 if you are unsure of which form to complete and submit.

☐ I am providing a completed IRS Form W-8BEN.

☐ I am providing a completed IRS Form W-8ECI.

☐ I am providing a different completed IRS Form W-8.

## Payment Information

If your Application is approved, and you qualify for financial assistance, your financial assistance payment will be issued via check, and your check will be mailed to the address listed in STEP 1 of this Application.

# STEP 10: Signatures and Certifications

**By submitting this form, you are agreeing that you understand the notices below regarding your waiver of rights, and the Privacy Act.**

**Privacy Act Notice:**

The following statement is made in accordance with the Privacy Act of 1974 (5 USC 552a – as amended). By submitting this form, you are authorizing the U.S. Department of Agriculture to collect this information as authorized by the Inflation Reduction Act, Section 22007, Title II of Public Law 117-169 (Aug. 16, 2022). The information you submit in your Application is for official use by the U.S. Department of Agriculture, including its agency contractors and vendors assisting in the administration of the Fund, for the purposes of determining your eligibility for, and the amount of, financial assistance you may receive under your Application. The information collected on this form may be disclosed to U.S. Department of Treasury for income reporting, in addition to other Federal, State, Local government agencies, Tribal agencies, and nongovernmental entities that have been authorized access to the information by statute or regulation and/or as described in applicable Routine Uses identified in the System of Records Notice for USDA/FSA-14. Provision of this information is voluntary; however, failure to provide complete information may result in a delay in processing or a denial of your Application.

**Paperwork Reduction Act Notice:**

Public reporting burden for this collection is estimated to average 2 hours per response and the electronic submission is estimated to average 1.5 hours per response, including reviewing instructions, gathering, and maintaining the data needed, completing (providing the information), and reviewing the collection of information. We try to create forms and instructions that are accurate, can be easily understood, and that impose the least possible burden on you.

You are not required to respond to the collection of information unless it displays a valid OMB control number: 0503-0028.

**USDA is an equal opportunity provider, employer, and lender.**

## Signature

**Instructions**: Please review the following statements and initial where indicated. Sign and date the form and print your name at the end of the form.

Signature of applicant:

*For all applicants, please initial in acknowledgement of the following:*

Initials _____  **I Certify** that the information provided in this Application and any documents provided in support of this Application are true and accurate the best of my knowledge, and I declare under penalty of perjury that the foregoing is true and correct. **I Understand** that false statements or applications made in connection with the Application may result in fines, imprisonment and/or any other remedy available by law to the Federal Government, including as provided in 18 U.S.C. § 1001, and that Applications that appear to be potentially fraudulent or to contain false information will be forwarded to federal, state, and local law enforcement authorities for possible investigation and prosecution.

Initials _____  **I Understand** the submission of this Application authorizes the Department of Agriculture to collect this information under the Privacy Act and I have read and understand the Privacy Act Notice provided. Consistent with that Notice, **I Consent** to the disclosure of any records or information relating to my Discrimination Financial Assistance Program (DFAP) Application for the routine uses described in that Notice, and **I Further Authorize** such disclosures for the purpose of determining qualification and/or financial assistance for my Application to: agency contractors assisting in the administration of the Financial Assistance Fund; other federal, state, or local agencies, including the U.S. Department of Treasury.

Initials _____  **I Authorize** the U.S. Department of Agriculture to obtain any information relating to my Application under the Inflation Reduction Act Section 22007 Discrimination Financial Assistance Program (Program or DFAP) for the purpose of evaluating my Application for financial assistance to the DFAP from any other federal, state, or local agencies or other sources having information relating to my Application. This information may include, but is not limited to government and financial information about me or the individual whom I represent. **I Further Authorize** individuals, entities, and federal, state and local agencies, having information pertinent to my Application, to release such information to a duly accredited representative of the U.S. Department of Agriculture during the review of my Application to the DFAP, regardless of any previous agreement to the contrary. Copies of this authorization that show my signature are as valid as the original release signed by me. I acknowledge that I have the right to revoke this Authorization at any time, except to the extent that DFAP and the entities listed above have already acted based on this Authorization. I understand that the knowing and willful request for, or acquisition of, a record pertaining to an individual under false pretenses is a criminal offense subject to a $5,000 fine.

Applicant's Full Legal Name

Corey Lea

Applicant's E-Signature:

*Corey Lea*

I certify that I have completed my E-registration form on the National Administrator Portal. By selecting this box I hereby agree that my electronic signature is the legal equivalent of my manual/handwritten signature and I consent to be legally bound.

Date of signature

01/04/2024

## Documentation Summary

You indicated throughout the Online Application that you intend to provide the documentation to support your Application as found in the below summary list. If you need to make an update to your selections, you **must** return to the applicable STEP or section of the Online Application to make your adjustments.

How are you providing your supporting documentation?

I will upload **all** of my supporting documentation now.

I will deliver **all** of my supporting documentation separately to my DFAP Regional Office. I understand my supporting documentation **must** actually be **postmarked** by the **second business day after my online submission,** to be considered in the evaluation of my Application.

I will upload **some** of my documents now, and provide the rest by delivering to my DFAP Regional Office. I understand any supporting documentation **must** actually be **postmarked** by the **second business day after my online submission,** to be considered in the evaluation of my Application.

**As a reminder,** the instructions use the word **must** where documentation is strictly required; this means you must supply the requested supporting documents.

Additional details specific to the documentation requirements and submission process are located on the **Important Information Regarding Documentation Requirements** section of the online application.

## Step 1 About You

## Part A: IDENTIFYING INFORMATION

- Driver's license or ID card issued by a state or possession of the United States provided it contains a photograph
- U.S. Social Security Card issued by the Social Security Administration

# Part C. INFORMATION ABOUT ANYONE HELPING YOU IN PREPARING THIS FORM:

Documentation not applicable based on the response(s) provided.

## Step 2: Type of Applicant

# Part B. INFORMATION ABOUT THE CO-BORROWER(S):

Documentation not applicable based on the response(s) provided.

# Part C. INFORMATION ABOUT THE ENTITY/ENTITIES:

Information that you were a member of more than 6 entities that participated in USDA farm loan programs.

*Entity #1*
Tax document reflecting name of entity
- An IRS-generated tax form that includes the name of the entity and the TIN
- Articles of incorporation

*Entity #2*
Tax document reflecting name of entity
- Articles of incorporation

*Entity #3*
Tax document reflecting name of entity
- Articles of incorporation

*Entity #4*
Tax document reflecting name of entity
- Articles of incorporation

*Entity #5*

- Tax document reflecting name of entity

- An IRS-generated tax form that includes the name of the entity and the TIN
- Articles of incorporation

*Entity #6*

- Tax document reflecting name of entity

- An IRS-generated tax form that includes the name of the entity and the TIN
- Articles of incorporation

## Part D. ASSIGNED/ASSUMED DEBT:

Documentation not applicable based on the response(s) provided.

## Step 3: Eligibility for this Program as a Farmer and/or Rancher

## Part A. FOR APPLICANTS WHO ARE OR WERE FARMERS OR RANCHERS:

- Deed
- Producer farm report indicating OWNER
- Deed

## Part B. FOR APPLICANTS WHO NEVER FARMED, BUT WHO WOULD HAVE OPERATED A FARM OR RANCH IF THEY HAD RECEIVED A LOAN THROUGH A USDA FARM LOAN PROGRAM:

Documentation not applicable based on the response(s) provided.

**Step 4: Eligibility for this Program as a Borrower or Attempted Borrower in a USDA Farm Loan Program**

**Part A. IF YOU OR THE ORIGINAL BORROWER PARTICIPATED IN DIRECT LENDING, ANSWER THE FOLLOWING QUESTIONS**

Documentation not applicable based on the response(s) provided.

**Part B. IF YOU OR THE ORIGINAL BORROWER PARTICIPATED IN GUARANTEED LENDING, ANSWER THE FOLLOWING QUESTIONS**

Documentation not applicable based on the response(s) provided.

**Part C. IF YOU TRIED TO PARTICIPATE IN DIRECT LENDING, BUT YOU COULD NOT BECAUSE OF DISCRIMINATION**

No selection indicated. You are required to provide documentation in response to this request. If not provided, and this information is unable to be verified, you may be disqualified from participating in this program.

**Part D. IF YOU TRIED TO PARTICIPATE IN GUARANTEED LENDING, BUT YOU COULD NOT BECAUSE OF DISCRIMINATION**

Documentation not applicable based on the response(s) provided.

# Step 5: Discrimination in USDA Farm Loan Programs

## Part A. BASIS OF DISCRIMINATION

Prior complaint, or a response to it

## Part B. DETAILS REGARDING ANY AND ALL INSTANCES OF DISCRIMINATION THAT OCCURRED

*Instance #1*
- Statement under penalty of perjury from a non-family member and how they have knowledge of the discrimination:Affidavit

# Step 6: Losses from Discrimination for Applicants Who Have Operated a Farm or Ranch

- Proof of sale if land was sold
- Deed
- Paperwork of sale of land
- Your calculations of the amount of the loss, specifying components of the loss with dates and amounts.

# Step 7: Prior Claims, Complaints, and Appeals

Documentation not applicable based on the response(s) provided.

# Step 8: Additional Information

Provide any additional supporting documentation not already identified within this Application.

# Step 9: Taxpayer Information Request

I am attaching a completed IRS Form W-9.

# Step 10: Signatures and Certifications

Documentation not applicable based on the response(s) provided.

# Documentation Upload(s)

You can upload your documentation to this online Application in the upload box located below.

- Files **must** be in **PDF** format
- There is no limit to the number of PDF files you can attach.
- The file size for a single uploaded PDF file is limited to 250MB; if you need more space, you can upload multiple files up to a total size of 500MB.
- **Do not encrypt or password protect your files.**

Please upload supporting documentation

| | | |
|---|---|---|
| 📄 | Document_2024-01-04_ 111607 Entity Numbers.pdf | 12 MB |
| 📄 | Document_2024-01-04_114040 Hay Depot.pdf | 13 MB |
| 📄 | ex. 16 (1) (2).pdf | 397 KB |
| 📄 | Ex. 1 Civil Rights Acceptance Letter (1) (1).pdf | 71 KB |

📄 Ex. 2 Letter From Whittle to Denison on moratorium on the account. (1) (1).pdf — 111 KB

📄 Ex. 4, page 2 of actual liquidation approval. Jan of 2010 (1).pdf — 635 KB

📄 Ex. 5 False Misrepresentation of Approved Liquidation Plan (1) (1).pdf — 61 KB

📄 Ex. 6 ALJ Opinion (1) (1).pdf — 215 KB

📄 Ex. 7 Loan servicing against moratorium (1) (1).pdf — 505 KB

📄 Ex. 8 Treasury Offset during moratorium (1) (1).pdf — 118 KB

📄 Ex. 9 Master Commissioner's Deed (1).pdf — 2 MB

📄 Ex. 10 Letter at the Direction of Vilsack concerning the foreclosure of farm (1) (1).pdf — 213 KB

📄 Ex. 12 Order of Distribution (1).pdf — 4 MB

📄 ex. 13. (1) (1).pdf — 111 KB

📄 Ex. 14 Loss Claim (1).pdf — 141 KB

📄 ex. 15 (1) (1).pdf — 132 KB

📄 License.pdf — 213 KB

# Number of files uploaded:

17

# Names of files uploaded:

Document_2024-01-04_111607_Entity Numbers.pdf, Document_2024-01-04_114040 Hay Depot.pdf, ex. 16 (1) (2).pdf, Ex. 1 Civil Rights Acceptance Letter (1) (1).pdf, Ex. 2 Letter From Whittle to Denison on moratorium on the account. (1) (1).pdf, Ex. 4, page 2 of actual liquidation approval. Jan of 2010 (1).pdf, Ex. 5 False Misrepresentation of Approved Liquidation Plan (1) (1).pdf, Ex. 6 ALJ Opinion (1) (1).pdf, Ex. 7 Loan servicing against moratorium (1) (1).pdf, Ex. 8 Treasury Offset during moratorium (1) (1).pdf, Ex. 9 Master Commissioner's Deed (1).pdf, Ex. 10 Letter at the Direction of Vilsack concerning the foreclosure of farm (1) (1).pdf, Ex. 12 Order of Distribution (1).pdf, ex. 13. (1) (1).pdf, Ex. 14 Loss Claim (1).pdf, ex. 15 (1) (1).pdf, License.pdf

# Submission Information

**IMPORTANT SUBMISSION INFORMATION:** Once you provide responses to the below, but before you submit your online Application, you may select the "Review Application" button at the bottom of this page to view a read-only version of your online Application responses. If you opt to review your Application, please select "Edit" to return to the online Application filing platform. You will be directed to the Introduction section. You may navigate to any section of the online Application to adjust any of your answers, or, if you do not need to make any adjustments, return to the Submission Information section to complete your submission.

Please confirm you have:

- provided all requested information;
- answered all questions accurately and truthfully under penalty of perjury; and
- uploaded all documentation that you intend to provide electronically.

If you locate any error(s), please return to the applicable section of the online Application and adjust your response(s) accordingly.

Please note: if you are choosing to provide any documents by mail, they must be postmarked by the **second business day** after your online submission.

**Please do not send original documents as they will not be returned to you and may be destroyed.**

Once you submit this online Application, this online Application will no longer be editable and **CANNOT** be unlocked.

**As a reminder, Applications filed through this online form must be submitted by January 17, 2024, at 11:59 ppm PST.**

**I have reviewed the Important Submission Information.**

**CONFIRMATION EMAILS:** When you select "Submit" you will receive an email from "noreply@2200?apply.gov." Please add this email to your allowed senders list. This email will provide your Application Confirmation ID.

Would you like the Application submission confirmation email sent to both your login email address and an additional email address?

No. Proceed with your submission.

Yes. Please specify the additional email address below.

Additional Email:

# Application Completeness Review Summary

## Required Information Overview

We have reviewed your application for completeness and have found that there is at least one required item which you **MUST** complete and provide in order for your application to be considered for financial assistance.

You will receive a letter in the mail outlining precisely what item(s) are required to complete your application. This letter will be mailed to the applicant's address as listed in Step 1, Part A of the application, as well as any alternative contact provided in Step 1, Part B, Question 2 of the application.

For your application to remain under consideration for the Discrimination Financial Assistance Program, the required items identified below, along with page 2 of the letter, **MUST** be mailed to your Regional Application Processing Center and postmarked by the Response Deadline indicated in the letter. You will receive another letter confirming receipt of these items.

Please note this information is required to evaluate your application, but there is no guarantee that even if you provide the missing or corrected information that your application will be eligible to receive financial assistance.

If you have questions, please reach out to the DFAP Call Center at 1-800-721-0970 or you can visit your nearest DFAP local office. (A list of local offices is available at https://22007apply.gov/local-assistance.html.) Please visit the DFAP website (https://www.22007apply.gov/) for additional information about the program.

# Completeness Review Information

## Step 1

## Step 1: Required Documentation

## Step 1, Part A - Two Acceptable Forms (minimum) of Identity Verification

Completeness Letter Required?

Yes

Completeness Letter Reason

Step 1, Part A: Only One Acceptable Form of Identification Provided

## Step 1, Part A – Social Security Number / Individual Taxpayer Identification Number Verification:

Completeness Letter Required?

Yes

Completeness Letter Reason

Step 1, Part A: No Proof of SSN/ITIN Provided

## Step 1, Part A – Applicant Contact/Date of Birth/Social Security Number/Individual Taxpayer Identification Number Details

Completeness Letter Required?

Yes

Completeness Letter Reason

Step 1, Part A, Missing or Incomplete Data

Step 1, Part A, Missing or Incomplete Data:

First Name

Last Name

# Step 1, Part C - Legal Guardianship Support

Completeness Letter Required?

No

# Step 9 - Tax Information

# Step 9 – Tax Form Missing/Not Provided

Completeness Letter Required?

No

# W9 Form Deficiency(ies), if W9 Form Provided

Completeness Letter Required?

Yes

Completeness Letter Reason(s):

Step 9: W9 form deficiency – Inconsistent Applicant Name Provided

Step 9: W9 form deficiency – Incomplete SSN/TIN Provided

Step 9: W9 form deficiency – Inconsistent SSN/ITIN Provided

Step 9: W9 form deficiency – Incomplete Applicant Name Provided

# W8 Form Deficiency(ies), if W8 Form Provided

Completeness Letter Required?

No

# Step 10: Signatures and Certifications

## Applicant Signature and Certification

Completeness Letter Required?

No

# Preparer Signature and Certification for Legal Guardians

Completeness Letter Required?

No

# Completeness Letter Mailing Details

Date Completeness Letter Mailed:

2/16/2024

USPS Priority Mail Tracking Number (Step 1, Part A, Applicant Address):

9400136105536370382150

USPS Priority Mail Tracking Number (Step 1, Part B, Q2 Alternative Address, as applicable):

Response Deadline to submit requested information:

3/17/2024

# AFFIDAVIT OF COREY LEA

I, Corey Lea, under the penalty of perjury, I am a Black farmer that resides in Rutherford County, Tennessee. I will be harmed if the Court does not grant the preliminary injunction. I further attest that I am owed a substantial amount of money by the Federal Defendants through sections 22006 and 22007 of the Inflation Reduction Act. As illustrated by exhibit, the Federal Defendants have orchestrated a scheme in furtherance of the conspiracy to deprive me of equal protection and due process under the Fifth Amendment. I have requested a hearing at the administrative level and the Defendants have refused to docket the complaint to contest the alleged debts owed.

Respectfully Submitted,

_____

Corey Lea

_____

Notary Public

_____

Date and Seal

USDA United States Department of Agriculture

Farm Production and Conservation

Farm Service Agency

Lawrence County Farm Service Agency
237 Waterloo Street
Lawrenceburg, TN 38464
Voice: (931) 762-6913 Fax: (855) 494-6731

February 6, 2024

Corey Lea
3430 Magruder Dr.
Murfreesboro, TN 37129

Dear Mr. Lea:

This responds to your request for a Direct Farm Ownership Loan in the amount of $600,000.00 and a Direct Operating Loan in the amount of $300,000 requested on your application dated January 22, 2024. We are denying your request in accordance with Farm Service Agency (FSA) regulations. This decision is based on the following factual determination(s) and reason(s):

Per FSA regulation **[7 CFR 764.101(d)] The applicant must have acceptable credit history demonstrated by debt repayment.**

Per FSA regulation **[7 CFR 764.101(d)(1)] As part of the credit history the Agency will determine whether the applicant will carry out the terms and conditions of the loan, and deal with the Agency in good faith. In making this determination, the Agency may examine whether the applicant has properly fulfilled its obligations to other parties, including other agencies of the Federal Government.**

Per FSA regulation **[7 CFR 764.101(d)(2)] When the applicant caused the Agency a loss by receiving debt forgiveness, the applicant may be ineligible for assistance in accordance with eligibility requirements for the specific loan type. If the debt forgiveness is cured by repayment of the Agency's loss, the Agency may still consider the debt forgiveness in determining the applicant's creditworthiness.**

Per FSA regulation **[7 CFR 764.101(d)(3)] A history of failures to repay past debts as they came due when the ability to repay was within the applicant's control will demonstrate unacceptable credit history.**

Per FSA regulation **[7 CFR 764.101(f)] As provided in 31 CFR Part 285, except for EM loan applicants, the applicant and anyone who will sign the Promissory Note must not be in delinquent status on any Federal debt, other than a debt under the Internal Revenue Code of 1986 at the time of loan closing. All delinquent debts, however, will be considered in determining credit history and ability to repay under this part.**

USDA is an equal opportunity provider, employer, and lender

Per FSA regulation *--[7 CFR 764.152(f)] And anyone who will sign the promissory note, must satisfy at--*least one of the following conditions:
**(1) Meet the definition of a beginning farmer.**
**(2) Have not had a direct FO loan outstanding for more than a total of 10 years prior to the date the new FO loan is closed.**

Applicant is determined not eligible based on the applicant's history with debt repayment, delinquency, and Farm Ownership term limits with the Farm Service Agency. The customers historical agency records show a loss on a Guaranteed Loan of $13,599.42 dated 01/20/2015 and a current delinquent amount of $10,908.00 on FSA Direct FO loan 41-01 which was due 10/25/2023. The customers payment history was as a Co Borrower or entity member for Corey Lea Inc. The payment history shows there were no loan payments made by Mr. Lea or the entity on any of the outstanding FSA loans associated with Corey Lea Inc. between the closing date of 10/25/2007 and current date. The only payments noted in the loan repayment history was an administrative offset payment of $638.00 on 11/20/2009 and The Inflation Reduction Act payments made on all the delinquent Direct loans 41-01, 44-02, and 44-03 associated with Corey Lea Inc on 9/30/2022. Applicants guarantee loan status report with Farmers National Bank also reflects the Guaranteed loan was in Default status between the dates of 07/15/2008-01/14/2015. Mr. Lea signed the promissory note as both the entity president and as an individual reflecting his knowledge of payment terms and due dates on 10/27/2007. The applicants farm ownership loan term limits of 10 years have also expired as the applicant received his first Direct FO loan in 2007.

It should be noted that FSA has not made formal determinations regarding any other loan making criteria at this time other than eligibility.

If you believe that this decision is erroneous, you have the following options:

I. Reconsideration

You may request that I reconsider this determination by filing a written request no later than 30 calendar days after you receive this notice in accordance with FSA appeal procedures found at 7 CFR Part 780. If you request reconsideration, you have the right to an informal hearing which you or your representative may attend either personally or by telephone. If you choose to seek reconsideration, you may later appeal the determination to the National Appeals Division (NAD). To request reconsideration, write to me at the following address and explain why you believe this determination is erroneous.


Greg Wunner
237 Waterloo St.
Lawrenceburg, TN 38464

USDA is an equal opportunity provider, employer, and lender

II. Mediation

Mediation is available as part of FSA's informal appeal process. Mediation may enable us to narrow the issues and resolve the matter by mutual agreement. You may have to pay all or part of the cost of mediation. If you request mediation, the running of the time frame in which you may file an appeal stops. When mediation closes, the clock restarts and you will have the balance of the days remaining in that period to file an appeal. To request mediation, you must submit your written request no later than 30 calendar days after you receive this notice. To request mediation, write to the FSA State Executive Director at the following address:

FSA State Executive Director
USDA/Farm Service Agency
Attention: Farm Loan Programs Section
579 U. S. Courthouse
801 Broadway
Nashville, Tennessee 37203
Fax: (855) 494-7763

III. Appeal to the Department of Agriculture National Appeal Division (NAD)

You may appeal this determination to the National Appeals Division (NAD) by filing a written request no later than 30 calendar days after you receive this notice according to the NAD appeal procedures found at 7 CFR Part 11. If you appeal to NAD, you have the right to a hearing that you or your representative may attend. Once a hearing with NAD begins, you waive any rights you might have to reconsideration, appeal to FSA, and mediation. To appeal, you must write to NAD at the following address, or on the NAD website at www.nad.usda.gov, explain why you believe this determination is erroneous, and provide a copy to FSA. You must personally sign your written appeal to NAD and include a copy of this letter.

USDA, NAD
Southern Regional Office
Post Office Box 1508
Cordova, Tennessee 38088-15

Send a copy of your request and attachments to me at the following address:

Greg Wunner
237 Waterloo St.
Lawrenceburg, TN 38464

If you do not timely exercise one of the preceding options, this shall be the final administrative determination with respect to this matter according to the regulations at 7 CFR Part 780 and 7 CFR Part 11.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov. USDA is an equal opportunity provider, employer, and lender.

Sincerely,

Gregory S. Wunner
Farm Loan Manager

cc: Clint Bain, District Director
    Scott Scudder, Farm Loan Specialist
    Jan York, Farm Loan Officer