# Exhibit

Ex 18-A

Farm
Production and
Conservation

Farm
Service
Agency

Office of the
Administrator

1400
Independence
Avenue, SW
Stop 0501
Washington, DC
20250-0501

Voice: 202-720-3467
Fax: 202-720-9105

October 7, 2022

Dear Guaranteed Lender,

The Inflation Reduction Act (IRA) of 2022 was signed into law on August 16, 2022, by President Joe Biden. Section 22006 of the Act provides $3.1 billion for farm loan assistance for distressed borrowers. This section of the Act directs the United States Department of Agriculture (USDA) Secretary to expedite assistance to both direct and guaranteed distressed borrowers with farm loans administered by the Farm Service Agency (FSA) that "whose agricultural operations are at financial risk," which USDA anticipates would include borrowers that are delinquent or facing foreclosure, among other criteria.

The Secretary and FSA are establishing a process to carry out this assistance. As you are likely aware, on January 27, 2021, the USDA suspended all adverse actions for all direct loan borrowers during the COVID-19 pandemic. USDA has limited authority to extend protections of this nature to guaranteed loans. Therefore, we also strongly encouraged guaranteed lenders to be flexible and consider similar limits and protections for borrowers.

The suspension of adverse actions by FSA remains in place, and we are asking **lenders to suspend all adverse actions** (if you are not already doing so) for all guaranteed loan borrowers until the Secretary and FSA have implemented Section 22006, which will include establishing processes by which USDA provides assistance to distressed borrowers. This suspension is especially important with regard to foreclosures or liquidations that would cause irreparable harm before even knowing borrower eligibility or the extent of IRA assistance that may be available. USDA is committed to making sure the new authority to help distressed borrowers is available and considered before taking any such permanent action for direct borrowers and hope lenders will do the same for guaranteed borrowers.

If you decide to disregard the request to suspend liquidations and foreclosures, **please notify USDA at least 14 days prior to taking any further action and submit the required liquidation plan**, so that FSA has the opportunity to review the plan and discuss alternatives with you. This notification should include, at a minimum, the borrower name(s), amount of principal, interest, and fees due, and date of the next scheduled action. This information should be sent to Bill Cobb, Deputy Administrator for Farm Loan Programs, via email at IRA22006@usda.gov.

11/21/22, 4:46 PM
ducheneaux 2 letter guaranteed lenders.jpg

Thank you for your patience and cooperation as we develop the processes to implement the Act and work toward our common goal of serving America's agriculture producers.

If you have any questions, please contact me or the Deputy Administrator of Farm Loan Programs, Bill Cobb.

Sincerely,

Zach Ducheneaux
Administrator
Farm Service Agency
202-720-6215
zach.ducheneaux@usda.gov

USDA is an equal opportunity provider, employer, and lender

https://mail.google.com/mail/u/0/?tab=rm&ogbl#search/letter+duchen/KtbxLxGLgtcPFIztHFFgFQvJPnZzvtxwBB?compose=IqrsIjbPrBcgnCHnLvIgKXKbDwmpWRdTVwMVbKpsLHcmqFMWXhVkCBjfdS... 1/2