# Exhibit

Ex 22



USDA

United States
Department of
Agriculture

Office of the
Assistant Secretary
for Civil Rights

Office of Adjudication

1400 Independence
Avenue SW

Washington, DC
20250

Mr. Corey Lea
Post Office Box 7921
Portland, Tennessee 37148

Dear Mr. Lea:

This is in response to your Freedom of Information request, case tracking no. #2016-ASCR-00013-F, received in the Office of the Assistant Secretary for Civil Rights (OASCR) on May 10, 2016. You are specifically seeking a copy of the determination by the Assistant Secretary for case no. # 2014-COR-01906.

In response to your request, the Program Intake Division located one letter issued by the Director of the Office Adjudication (OA) dated October 7, 2014. The letter is OA's response to your program discrimination complaint dated June 22, 2014, which was received in the Program Intake Division on July 8, 2014. Case no. # 2014-COR-01906 was dismissed and no investigation was conducted because OA did not have jurisdiction to process your complaint. Because, it was concluded that the OA did not have jurisdiction to process your complaint, there was no determination signed by the Assistant Secretary. The October 7, 2014 letter is being released to you in full.

In accordance with 7 CFR Appendix A to Subpart A of Part 1, we will not access charges for processing your FOIA request.

This completes the processing of FOIA request 2016-ASCR-0013-F.

Sincerely,

Carl-Martin Ruiz
Director
Office of Adjudication

AN EQUAL OPPORTUNITY EMPLOYER



United States
Department of
Agriculture

Office of the
Assistant Secretary
for Civil Rights

Office of Adjudication

1400 Independence
Avenue SW

Washington, DC
20250

Mr. Corey M. Lea
Post Office Box 7921
Portland, Tennessee 37148

Correspondence Number: 2014-COR-01906

Dear Mr. Lea:

We have received your complaint form on July 1, 2014, in which you alleged that an agency of the U.S. Department of Agriculture (USDA) discriminated against you on the bases of race (Black) and color (Black). We apologize for the delay in responding to your complaint.

On September 3, 2014, an Office of Adjudication staffer contacted you for additional information which you responded via electronically on the same day and provided additional information regarding your race and color.

You alleged that your farm was sold through a foreclosure sale on May 29, 2014, two days prior to your filing bankruptcy in the Western District of Kentucky. You also alleged that the United States Department of Justice (USDOJ) Officials continued to conspire with Farmers National Bank (FMB) Officials to remove you from your farm although you had not exhausted your appeal rights. You further alleged that Farm Service Agency (FSA) Officials failed to stop FMB from foreclosing.

This office does not have jurisdiction to process your complaint for the following reasons:

1. The loan in question was obtained through FMB, which (loan) is a contract of guaranty (Guaranteed Loan), and is not covered under regulations (Title VI of the Civil Rights Act of 1964) that give this office authority to process civil rights complaints. Because you have a bank loan, your contract is with FMB and is not with FSA, even though FSA guaranteed the loan.

2. Based on information you provided, the alleged foreclosure sale is a judicial foreclosure; therefore, the foreclosure matter is under the jurisdiction of the USDOJ and is not within the jurisdiction of USDA. In addition, your bankruptcy matter is also under the jurisdiction of USDOJ and is not within USDA's jurisdiction.

AN EQUAL OPPORTUNITY EMPLOYER

Mr. Corey M. Lea
Page 2

Regarding your allegation that FSA did not stop the foreclosure, FSA did not have authority to stop FMB, a private lender, from foreclosing on its loan involving its borrowers. You did not indicate specifically that FSA had engaged in discriminatory action against your bank loan. Therefore, we are dismissing your complaint and will not investigate it.

This is USDA's final action in this matter.

Sincerely,

*[signature]*

for Carl-Martin Ruiz
Director
Office of Adjudication

Enclosures (2)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Posta | |

Postmark Here

Mr. Corey Lea
Post Office Box 7921
Portland, Tennessee 37148

Sent To

Street, Apt. N or PO Box No

City, State, Zi

PS Form 3800, August 2006          See Reverse for Instructions

7012 3460 0003 3831 8436



**USDA**

United States
Department of
Agriculture

Office of
Administrative
Law Judges

1400 Independence
Avenue SW

Washington, DC
20250-9200

**CERTIFIED RECEIPT REQUESTED**

September 1, 2016

Corey Lea
P.O. Box 422
Arrington, TN 37014

Subject:   **Corey Lea A/K/A Corey Lea Inc.; Start Your Dream Inc.,
            Cowtown Foundation, Inc., Petitioners**
Docket:     11-0180 and 11-0252
Authority:  Statute Of Limitations - Equal Credit Opportunity Act

Dear Mr. Lea:

This letter acknowledges receipt of the Amended Petitioner for Review and Expedited Formal Request for a Hearing Before the Administrative Law Judge received by the office on August 29, 2016.

A copy of this letter is being served upon the Assistant Secretary for Civil Rights who *__shall have 20 days__* in which to file an answer or other pleadings.

Sincerely,

Reneé Leach-Carlos
Hearing Clerk

Enclosure(s):

cc: Knishkowy, Jeffrey
    Masker, Stephanie

JC: 9/1/2016

AN EQUAL OPPORTUNITY EMPLOYER

CERTIFICATE OF SERVICE

Corey Lea a/k/a Corey Lea Inc.,; Start Your Dream, Inc., Cowtown Foundation, Inc., Petitioner

Docket: 11-0180 and 11-0252 (SOL)

Having personal knowledge of the foregoing, I declare under penalty of perjury that the information herein is true and correct and this is to certify that a copy Amended Petitioner for Review and Expedited Formal Request for a Hearing Before the Administrative Law Judge with Hearing Clerk's Letter has been furnished and was served upon the following parties on September 1, 2016 by the following:

USDA (OGC) - Electronic Mail

Jeff Knishkowy: Jeff.Knishkowy@ascr.usda.gov

Stephanie Masker: STEPHANIE.MASKER@OGC.USDA.GOV

William Jenson: William.Jenson@dm.usda.gov

Respondent(s) - Electronic Mail

COREY LEA: (cowtownfoundation@gmail.com)

Respectfully Submitted,

Jamaal Clayburn
Legal Assistant
USDA/Office of Administrative Law Judges
Hearing Clerk's Office
1400 Independence Ave., SW, Room 1031-S
Washington, DC 20250-9203
Phone: 202-720-4443