# Exhibit

Ex 24

Case 1:13-cv-00110-JHM-HBB Document 37-2 Filed 12/16/13 Page 3 of 33 PageID #: 773
Case 1:13-cv-00159-JHM-HBB Document 7-1 Filed 09/26/13 Page 1 of 1 PageID #: 36
Case 1:12-cv-00052-JHM-LLK Document 140-6 Filed 04/08/13 Page 1 of 1 PageID #: 1131

Exhibit 2
1 of 2

## Liquidation Plan of Corey Loa, Inc., Loan # 2015102

After many attempts both written correspondence and phone calls along with numerous broken promises to pay this account is in default.

The loan has a 90% guarantee provided by FSA.

Documents have been sent to Larry Hinton with Reynolds, Johnston, Hinton, and Pepper. The real estate will be liquidated by foreclosure. An auctioneer, to be named, that is agreeable with the customer will assist with the sale once the date has been chosen.

Gloria Lyles

Vice President

Farmers National Bank



Case 1:13-cv-00110-JHM-HBB   Document 37-2   Filed 12/16/13   Page 4 of 33 PageID #: 774
Case 1:13-cv-00159-JHM-HBB   Document 7-2   Filed 09/26/13   Page 1 of 1 PageID #: 37
Case 1:12-cv-00052-JHM-LLK   Document 140-7   Filed 04/08/13   Page 1 of 1 PageID #: 1132



Exhibit 2
2 of 2

United States
Department of
Agriculture

February 3, 2009

Farm and Foreign
Agricultural
Services

Gloria Lyles
Farmers National Bank
Farm Service Agency   948 Fairview Avenue
Bowling Green, KY 42101

Warren-Edmonson
FSA Office
926 Lovers Lane
Bowling Green, KY
42103-7440
(270) 843-1111
FAX (270) 783-0009

Dear Ms. Lyles:

We approve the liquidation plan of Corey Lea, Inc. submitted on February 2, 2009. If we can be of any assistance, please advise.

Respectfully,

Bryan Denison
Farm Loan Manager

USDA is an Equal Opportunity Employer

