# Exhibit

Ex 25



United States
Department of
Agriculture

Farm and Foreign
Agricultural
Services

Farm
Service
Agency

Kentucky State
FSA Office
771 Corporate Dr.
Ste. 100
Lexington, KY 40503

Phone: 859-224-7601
Fax: 859-224-7691

Website:
www.fsa.usda.gov/ky

May 18, 2010

Corey Lea
2307 New Cut Rd
Alverton, Ky 42122

Re: FOIA dated May 5, 2010

Dear Mr. Lea:

This responds to your Freedom of Information Act (FOIA) request dated May 5, 2010 and assigned control number 21-000-2010-000018. Please reference this control number in any future communication with our office about your request.

In response to your request the following determinations have been made:

    1. Protective Advances. Protective advances must constitute a debt of the borrower to the lender and be secured by the security instrument. Agency written authorization is required for protective advances in accordance with the terms and amounts specified by 7 C.F.R. Part 762. Terms and amounts for PLP lenders are included in the lender's Credit Management System.

Determination:  No responsive records

    2. Additional Loan or Advances. In cases of a line of credit, the lender may make an emergency advance when a line of credit has reached its ceiling and additional funds are needed to prevent an imminent loss of crops or livestock that would take place if the emergency advance were not made. The lender must provide Agency with an analysis as required by Agency regulations.

Determination:  No responsive records

    3. Future Recovery. After a loan has been liquidated and a final loss claim has been paid by the Agency, any future funds which may be recovered from the borrower by the lender, will be pro-rated between the Agency and the lender.

Determination:  No responsive records

FSA
An Equal Opportunity Provider and Employer
Case 3:23-cv-00340    Document 56-22    Filed 03/13/24    Page 2 of 8 PageID #: 893

4. Bankruptcy. The lender is responsible for protecting the guaranteed loan debt and all collateral securing the loan in bankruptcy proceedings. Loss payments on bankruptcy cases will be processed according to the terms described in Agency regulations.

Determination: No responsive records

5. Liquidation. Liquidations must receive prior Agency concurrence when required by regulations.

Determination: No responsive records

6. Loss Claims. An estimated loss claim must be submitted by the lender no later than 150 days after the payment due date unless the account has been completely liquidated and then a final loss claim must be filed. Interest accrual will cease upon approval of the estimated loss and never later than 210 days from the payment due date. Estimated and final loss claims will be processed in accordance with the terms described in Agency regulations.

Determination: No responsive records

If you believe this determination is incorrect, you may appeal to the FSA Administrator. The Appeals and Litigation Staff must receive your written appeal within forty-five (45) days of the date of this letter/email. Please include in the appeal a brief explanation of why you believe this decision is in error. Be sure to include a copy of your initial request letter in your appeal package, and clearly mark both your letter and its envelope with the words "Freedom of Information Act Appeal."

Mail your appeal package to the following address:

Administrator
Attn: Appeals and Litigation Staff
United States Department of Agriculture
Farm Service Agency, Stop Code 0570
1400 Independence Avenue SW, Room 6722-S
Washington, DC 20250-0570

Please contact the Marcinda Kester, FOIA Officer if you have any questions concerning your FOIA request.

Sincerely,

John W. McCauley
State Executive Director

4. Bankruptcy. The lender is responsible for protecting the guaranteed loan debt and all collateral securing the loan in bankruptcy proceedings. Loss payments on bankruptcy cases will be processed according to the terms described in Agency regulations.

Determination: No responsive records

5. Liquidation. Liquidations must receive prior Agency concurrence when required by regulations.

Determination: No responsive records

6. Loss Claims. An estimated loss claim must be submitted by the lender no later than 150 days after the payment due date unless the account has been completely liquidated and then a final loss claim must be filed. Interest accrual will cease upon approval of the estimated loss and never later than 210 days from the payment due date. Estimated and final loss claims will be processed in accordance with the terms described in Agency regulations.

Determination: No responsive records

If you believe this determination is incorrect, you may appeal to the FSA Administrator. The Appeals and Litigation Staff must receive your written appeal within forty-five (45) days of the date of this letter/email. Please include in the appeal a brief explanation of why you believe this decision is in error. Be sure to include a copy of your initial request letter in your appeal package, and clearly mark both your letter and its envelope with the words "Freedom of Information Act Appeal."

Mail your appeal package to the following address:

Administrator
Attn: Appeals and Litigation Staff
United States Department of Agriculture
Farm Service Agency, Stop Code 0570
1400 Independence Avenue SW, Room 6722-S
Washington, DC 20250-0570

Please contact the Marcinda Kester, FOIA Officer if you have any questions concerning your FOIA request.

Sincerely,

John W. McCauley
State Executive Director



# FSA Loss Claim

Help

## Identifying Information

| | | | |
|---|---|---|---|
| Borrower ID Number | 636966522 | Name | COREY LEA, INC. |
| Agency Loan Number | 50 | Geo State/Cnty | 21 014 |
| Loan Type | FO | Loan Amount | $180,000.00 |
| Lender ID Number | 610189494 | Branch | 002 |
| | | Name | FARMERS NATIONAL BANK |

[ Print ]   [ Cancel ]

## Transaction Information

| | |
|---|---|
| Claim Status | COMPLETE |
| Report Type | 01  ESTIMATED LOSS (LIQUIDATION) |
| Claim Type | NO PAYMENT ISSUED |
| Settlement Date | 04/23/2009 |
| Payment Type | NO CHECK ISSUED |
| Deposit Date | |

## NAICS Information

Integrator

| | |
|---|---|
| Code 1 | 112111-30 |
| Category | LIVESTOCK |
| Description | CATTLE - BRDG. |
| Type | COWS |

## Worksheet References

| | | | |
|---|---|---|---|
| Loan Amount | $180,000.00 | Unpaid Principal | $177,452.54 |
| Advance Amount | $180,000.00 | Unpaid Interest | $6,275.53 |
| Percent of Guarantee | 90.0000% | Closing Date | 10/25/2007 |
| Percent of Guarantee Held by Lender | 100.0000% | Maturity Date | 10/25/2012 |
| Status Date | 04/23/2009 | | |

### Existing Interest Rate Information

| | |
|---|---|
| Guaranteed Rate and Type | 6.5000%   FIXED |
| Non-Guaranteed Rate and Type | 6.5000%   FIXED |
| Interest Rate Basis | 360   DAYS |

### Current Interest Rate Information

https://guarloan.sc.egov.usda.gov/GuarLoan/FSAPFLossClaim.do?action=get&txtLoanNbr... 3/1/2010

2023-FSA-04037-FP Lea 918

|  | | |
|---|---|---|
| Guaranteed Rate and Type | 6.5000% FIXED | |
| Non-Guaranteed Rate and Type | 6.5000% FIXED | |
| Interest Rate Basis | 360 DAYS | |
|  | **Lender Proposed** | **Agency Approved** |
| **Lender Liquidation Information** | | |
| Payment Due Date | 09/25/2008 | 09/25/2008 |
| Liquidation Plan Approval Date | 01/22/2010 | 01/22/2010 |
| Interest Accrual Termination Date | 04/23/2009 | 04/23/2009 |
| 210-day rule special circumstances | | |

## Guaranteed Loan Items

|  | **Lender Proposed** | **Agency Approved** |
|---|---|---|
| Principal Balance | $177,452.54 | $177,452.54 |
| As of | 04/23/2009 | 04/23/2009 |
| Accrued Interest Owed | $6,275.53 | $6,275.53 |
| As of | 04/23/2009 | 04/23/2009 |
| TOTAL GUARANTEED LOAN ITEMS | $183,728.07 | $183,728.07 |

## Protective Advances and Legal Expenses

|  | **Lender Proposed** | **Agency Approved** |
|---|---|---|
| Legal Expenses | $0.00 | $0.00 |
| Comments | | |

## Collateral - Current Market Value

|  | **Lender Proposed Current Market Value** | **Agency Approved Current Market Value** |
|---|---|---|
| **Real Estate Property** | | |
| Real Estate Property Value | $274,000.00 | $274,000.00 |
| Appraisal Date | 10/22/2009 | 10/22/2009 |
| Number of Acres | 71.51 | 71.51 |
| **Chattel Property** | | |
| Crops | | |
| Appraisal Date | | |
| Livestock | | |
| Appraisal Date | | |
| Equipment | | |
| Appraisal Date | | |
| Total Chattel Property | $0.00 | $0.00 |
| **Personal/Corporate Guarantees** | | |
| Comments | | |
| TOTAL COLLATERAL | $274,000.00 | $274,000.00 |

## Planned Liquidation Costs

|  | Lender Proposed | Agency Approved |
|---|---|---|
| Appraisals |  |  |
| Auctioneer Expenses | $19,180.00 | $19,180.00 |
| Repairs |  |  |
| Legal Expenses | $10,000.00 | $10,000.00 |
| Environmental Cost |  |  |
| Marketing Expense |  |  |
| Other | $649.48 | $649.48 |
| Comments |  | RE INSURANCE PAID BY LENDER. |
| TOTAL LIQUIDATION COSTS | $29,829.48 | $29,829.48 |

## Prior Liens

|  | Lender Proposed | Agency Approved |
|---|---|---|
| **Real Estate Debts** |  |  |
| *Total Real Estate Debts* | $0.00 | $0.00 |
| **Chattel Property Debts** |  |  |
| Crops |  |  |
| *Total Crop Debts* | $0.00 | $0.00 |
| Livestock |  |  |
| *Total Livestock Debts* | $0.00 | $0.00 |
| Equipment |  |  |
| *Total Equipment Debts* | $0.00 | $0.00 |
| *Total Chattel Property Debts* | $0.00 | $0.00 |
| **Unpaid Taxes, Ground Rents and Assessments** |  |  |
| Unpaid Taxes | $1,358.84 | $1,358.84 |
| Ground Rents |  |  |
| Assessments |  |  |
| Other |  |  |
| Comments |  |  |
| *Total Taxes, Rents, etc.* | $1,358.84 | $1,358.84 |
| TOTAL PRIOR LIENS | $1,358.84 | $1,358.84 |

## Adjustments

|  | Lender Proposed | Agency Approved |
|---|---|---|
| **Adjustments to Basic Loss** |  |  |
| Amount of Funds Being Held |  |  |
| Source |  |  |
| Income to be Applied to Debt |  |  |
| Source |  |  |

Debt Payment Ability (Present Value)
Source

**Other Deductions**
Negligent Servicing
Comments
Unaccounted Collateral Amount
Comments

Other
Comments

Other
Comments

Other
Comments

New Loan Balance
(Court ordered or Negotiated by Lender)
TOTAL ADJUSTMENTS         $0.00                              $0.00

# Claim Calculation and Disposition

|  | **Lender Proposed** | **Agency Approved** |
|---|---|---|
| Total Guaranteed Loan Items | $183,728.07 | $183,728.07 |
| Total Protective Advances | $0.00 | $0.00 |
| Legal Expenses | $0.00 | $0.00 |
| Total Collateral (Current Market Value) | $274,000.00 | $274,000.00 |
| Total Prior Liens/Liquidation Costs | $31,188.32 | $31,188.32 |
| *Net Collateral* | $242,811.68 | $242,811.68 |
| Total Adjustments | $0.00 | $0.00 |
| BASIC LOSS | $0.00 | $0.00 |
| Percent of Loss Guarantee | 90.0000% | 90.0000% |
| MAXIMUM LOSS | $0.00 | $0.00 |
| Protective Advance Payment | $0.00 | $0.00 |
| Legal Expenses Payment |  |  |
| Remaining Balance Loss Guarantee | $0.00 | $0.00 |
| AMOUNT DUE LENDER | $0.00 | $0.00 |
| **Balance Due Lender** | $0.00 | $0.00 |
| Principal Portion of Loss Claim | $0.00 | $0.00 |
| Additional Interest on Principal Portion | $0.00 | $0.00 |
| TOTAL AMOUNT DUE LENDER | $0.00 | $0.00 |

# Claim Review and Approval

**Lender Submission**