# Exhibit

Ex 26

## Denison, Bryan - Bowling Green, KY

**From:** whittle, mitchell - Lexington, KY
**Sent:** Monday, March 09, 2009 12:26 PM
**To:** Breece, Jenny - Washington, DC
**Cc:** finch, robert - Lexington, KY; Hoskins, John - Lexington, KY; Hunt, Debra - Lexington, KY; Denison, Bryan - Bowling Green, KY; Dunn, Donald - Franklin, KY
**Subject:** RE: RE: Discrimination Complaint - Corey Lea


Thanks, Jenny.

Mitch Whittle

Mitchell W. Whittle
Farm Loan Chief
USDA, Farm Service Agency
771 Corporate Drive, Suite #100
Lexington, KY 40503
Phone (859)224-7440
FAX (859)224-7432
(b)(6)


-----Original Message-----
From: Breece, Jenny - Washington, DC (b)(6)
Sent: Monday, March 09, 2009 1:23 PM
To: whittle, mitchell - Lexington, KY
Cc: Hall, Veldon - Washington, DC
Subject: RE: Discrimination Complaint - Corey Lea

The Office of Advocacy and Compliance (OAC) has confirmed that Corey Lea has an outstanding civil rights complaint. The complaint was accepted on February 18, 2009.

In accordance with 1-FLP, subparagraph 41 G, you are NOT authorized to proceed with acceleration and/or foreclosure of this account. Please ensure that the account is serviced as directed by 1-FLP, subparagraph 41 G and in FLP Notice 523.

If you have any questions please contact Jenny Breece at (b)(6)



**United States Department of Agriculture**

**Farm and Foreign Agricultural Services**

Farm Service Agency
771 Corporate Dr.
Suite 100
Lexington KY
40503

Telephone:
859.224.7601
Fax: 859.224.7691

Website at:
www.fsa.usda.gov/ky

March 1, 2010

TO: Farm Loan Manager, FSA
Bowling Green KY

FROM: Mitchell W. Whittle
Farm Loan Chief, FSA

SUBJECT: Corey Lea, Inc.
Guaranteed Loan Estimated Loss Claims

RECEIVED MAR - 3 2010 WARREN-EDMONSON FSA FLP TEAM-1

The estimated loss claim on loan #50 was processed in GLS today reflecting a zero loss claim at this time. Please keep this office informed of the liquidation process.

The case file along with the original Estimated Loss Claim form and GLS processing screens are being retained in this office. A copy of the loss claim form and GLS screens are enclosed for your information. You should provide the lender with a copy of the approved forms.

Any questions should be addressed to Debra Hunt, Farm Loan Specialist, at 

Enclosures

Cc: Donald Dunn
District Director, FSA

