# Exhibit

Ex 27



| United States Department of Agriculture | Mr. Corey Lea |
|---|---|

United States
Department of
Agriculture

Office of the
Assistant Secretary
for Civil Rights

Mr. Corey Lea
Cowtown Foundation
PO Box 422
Arrington, TN 37014
cowtownfoundation@gmail.com

1400 Independence
Avenue SW

Washington, DC
20250

Dear Mr. Lea,

Thank you for your May 6, 2021 email correspondence to Dr. Dewayne Goldmon, Senior Advisor for Racial Equity to the Secretary of Agriculture. I have been asked and am pleased for the opportunity to respond to your correspondence.

In your message, you indicate that you would like your case resolved immediately. A review of our records indicates that you have no open or active discrimination complaints on file with the USDA, Office of the Assistant Secretary for Civil Rights. The last administrative complaint you filed (#2014-COR-01906) was related to your 2014 foreclosure and was closed for lack of jurisdiction on January 7, 2014.

We also were notified that you recently filed an appeal of the District Court of the Middle District of Alabama on March 4, 2021 for their dismissal of your complaint against USDA. USDA is unable to pursue any discussion of litigation pending in Federal Court without the involvement of the U.S. Department of Justice, which represents the Government. Please contact the designated representative at the Department of Justice for any questions or issues associated with this litigation.

Thank you for your inquiry and hope you find this information useful.

Sincerely,

Monica Armster Rainge
Digitally signed by Monica Armster Rainge
Date: 2021.05.17 14:22:42 -04'00'

Monica Armster Rainge
Deputy Assistant Secretary for Civil Rights
Office of the Assistant Secretary for Civil Rights

cc: Dr. Dewayne Goldmon, Senior Advisor, Racial Equity

USDA IS AN EQUAL OPPORTUNITY PROVIDER, EMPLOYER AND LENDER