IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COREY LEA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:23-cv-00340 |
| | ) Judge Aleta A. Trauger |
| THE SECRETARY OF | ) |
| AGRICULTURE, BROOKE ROLLINS,[1] | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

For the reasons set forth in the accompanying Memorandum, the plaintiff's Objections (Doc. No. 84) to the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 81) are **OVERRULED**, and the R&R is **ACCEPTED** in its entirety. Accordingly:

(1) The Motion to Dismiss (Doc. No. 61) filed by defendants the Secretary of the Department of Agriculture in her official capacity and the United States Department of Agriculture, seeking dismissal of all claims against them set forth in plaintiff Corey Lea's First Amended Complaint ("FAC") (Doc. No. 44) is **GRANTED** for lack of standing and, alternatively, for failure to state a claim for which relief may be granted, and the plaintiff's claims against these defendants are **DISMISSED**;

---

[1] Brooke Rollins was sworn in as the 33rd Secretary of the United States Department of Agriculture on February 13, 2025. In accordance with Federal Rule of Civil Procedure 25(d), Rollins, in her official capacity, is automatically substituted as a defendant in place of the former Acting Secretary, Gary Washington.

(2) all claims against the three other defendants—Windsor Group, LLC, The Midtown Group, and Analytic Acquisitions, none of which has responded to the FAC—are **DISMISSED** for lack of standing and, alternatively, failure to state a claim for which relief may be granted; and

(3) plaintiff Corey Lea's Motion for Temporary Injunction (Doc. No. 52) and Second Motion for Default Against Defendants Windsor Group, LLC and Midtown Group Pursuant to FRCP 55(b)(2) (Doc. No. 74) are **DENIED AS MOOT**.

In addition, the plaintiff's Motion [for] Leave to Supplement or [File] Second Amended Complaint Pursuant to FRCP 15(d) (Doc. No. 85) is **DENIED** based on undue delay, prejudice to the defendants, and futility.

All other pending motions, including the plaintiff's Motion for Preliminary Injunction Against the Federal Defendants (Doc. No. 86) and Motion to Set Expedited Hearing for Preliminary Injunction with Federal Defendants (Doc. No. 87), are **DENIED AS MOOT**.

This is the final Order in this case, for purposes of Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge